AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

EDWARD PENA, individually and on behalf of others similarly situated,

*Plaintiff(s)*

v.

INTERNATIONAL MEDICAL DEVICES, INC.; MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST, M.D. a Medical Corporation, and Dr. James ELIST

*Defendant(s)*

Civil Action No. 2:22-cv-03391

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. James Elist, 8500 Wilshire Blvd., Ste. 707, Beverly Hills, CA 90211
James J. Elist, M.D., a Medical Corporation, 8500 Wilshire Blvd., Ste. 707, Beverly Hills, CA 90211
Menova International, Inc., 8500 Wilshire Blvd., Ste. 707, Beverly Hills, CA 90211
International Medical Devices, Inc., 717 N. Maple Dr., Beverly Hills, CA 90210
Gesiva Medical, LLC, 6385 Old Shady Oak Road, Ste. 250, Eden Prairie, MN 55344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael A. Caddell
Caddell & Chapman
P.O. Box 1311
Monterey, CA 93942
(713) 751-0400
mac@caddellchapman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-03391

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: