Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA, *individually and on behalf of persons similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST, M.D., A MEDICAL CORPORATION, AND DR. JAMES ELIST,<br><br>*Defendants* | Case No. 2:22-cv-03391<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |

TO: THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Plaintiff Edward Peña, certifies that the following listed party (or parties), may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Edward Peña
   Hidalgo County, TX
   Plaintiff.

2. Michael A. Caddell
   Caddell & Chapman
   P.O. Box 1311
   Monterey, CA 93942
   (713) 751-0400
   Attorney for Plaintiff.

3. Cynthia B. Chapman
   Caddell & Chapman
   P.O. Box 1311
   Monterey, CA 93942
   (713) 751-0400
   Attorney for Plaintiff.

4. Amy E. Tabor
   Caddell & Chapman
   628 East 9th St.
   Houston, TX 77007-1722
   (713) 751-0400
   Attorney for Plaintiff.

5. International Medical Devices, Inc.
   c/o Jonathan Elist
   717 N. Maple Dr.
   Beverly Hills, CA 90210
   Defendant.

6. Menova International, Inc.
   c/o Dr. James Elist
   8500 Wilshire Blvd., Suite 707
   Beverly Hills, CA 90211
   Defendant.

7. Gesiva Medical, LLC
   c/o Thomas A. Hopper
   6385 Old Shady Oak Road, Suite 250
   Eden Prairie, MN 55344
   Defendant.

8. James J. Elist, M.D., a Medical Corporation
   c/o James J. Elist
   8500 Wilshire Blvd., Suite 707
   Beverly Hills, CA 90211
   Defendant.

9. Dr. James Elist
   8500 Wilshire Blvd., Suite 707
   Beverly Hills, CA 90211
   Defendant.

10. Foster Yarborough PLLC
    917 Franklin St., Suite 220
    Houston, TX 77002
    Interested party.

Dated: May 19, 2022               Respectfully submitted,


                                  By: */s/ Michael A. Caddell*
                                      Michael A. Caddell (SBN 249469)
                                      mac@caddellchapman.com
                                      Cynthia B. Chapman (SBN 164471)
                                      cbc@caddellchapman.com
                                      Amy E. Tabor (SBN 297660)
                                      aet@caddellchapman.com
                                      CADDELL & CHAPMAN
                                      P.O. Box 1311
                                      Monterey CA 93942
                                      Tel.: (713) 751-0400
                                      Fax: (713) 751-0906

                                      *Attorneys for Plaintiff*