# EXHIBIT A

- 510(k) Premarket Notification Listing for Pre-Formed Penile Silicone Block, dated March 15, 2022

