# EXHIBIT C

- **Pena Eligibility Questionnaire, dated July 15, 2020**

## DOCUMENT FILED UNDER SEAL UNDER HIPAA

Exhibit C

16