# EXHIBIT D

- **Dr. Elist's clinic website, FAC ¶ 51, Figures 5 and 7**

# Webpage pictured in FAC ¶ 51, Figure 5

DR. ELIST MD,FACS

Call us +1 (310) 652-2600 CONTACT US

ABOUT | PENILE PROCEDURES | TESTICULAR PROCEDURES | GALLERY | TESTIMONIALS | PATIENT EDUCATION | MEDIA | COST & FINANCING | CONTACT

Have a small penis or a buried penis?

# DR. ELIST CAN HELP

LEARN MORE ABOUT THE PROCESS

GQ · abc · COSMOPOLITAN · THE WOODY SHOW · VICE · NBC NEWS RADIO · JEZEBEL · askmen BECOME A BETTER MAN

CONTACT US

Dr. James Elist's Featured

# MEDIA



Media Feature

DR ELIST ON THE WOODY SHOW - PENUMA PENILE ENLARGEMENT IMPLANT REVIEWS

WATCH FULL VIDEO



Media Feature

INTERVIEW ABOUT PENILE ENLARGEMENT BY ABC CHANNEL

WATCH FULL VIDEO

ALL MEDIA

## PENILE ENLARGEMENT

Surgery

Enhance and enlarge the length, girth, and size of your penis. Looks, feels, and functions just like nature intended – just significantly larger.

Learn More | Gallery

## TESTICULAR ENLARGEMENT

Surgery

Your testicles should be balanced, full and attractive. We can help.

Learn More | Gallery



## ABOUT
JAMES J. ELIST M.D.

**Dr. James J. Elist, M.D.**, is one of the nation's most accomplished urologists. He has focused his professional career on helping men resolve a range of penile conditions, including cosmetic enhancements. From **penile enlargement** to treatments for penile deformities, ED, and other personal physical issues, you can trust Dr. Elist as a leading medical professional practicing in this field.

Dr. Elist is a pioneer in the field of penile treatments, and to date has performed thousands of penile enlargement procedures.

Learn More

CONTACT US



## PENILE ENLARGEMENT SURGERY

Penile enlargement surgery has come a long way in recent years. With the development of the Penuma® Implant, men can achieve the length, girth, and size of penis that brings them confidence. With Dr. Elist, you can be assured that the surgery is being performed by one of the most accomplished urologists in the nation – with thousands of satisfied male patients who have undergone penile enlargement surgery and have never regretted taking the journey.

Imagine have the penile size that leaves you feeling confident, secure, and masculine. The choice is yours. No incisions on the penis itself, a short recovery time, and results that improve with time. That's the beauty of *penile enlargement surgery* performed by Dr. Elist.

Learn More

### BENEFITS OF THE PENUMA® SILICONE IMPLANT MAY INCLUDE:

**Permanent and reversible**

**Natural looking** both in flaccid and erect states

Made of a **very soft, medical grade silicone**

Implant is **customized** by the physician to your individual size

Permanent **increases in girth** and enhancements to the **appearance of length**

Observed **increases in penile size** of 1.5 to 2.5 inches on average*

**Progressive growth** beyond initial gains over time

**High success rate** (any adverse events are typically a result of patient non-compliance with post-operative instructions, which will be explained in full prior to the procedure)

Learn More

* Not a guarantee of individual results



# Gallery

explore



## TESTICULAR ENLARGEMENT SURGERY

If you feel that your testicles should be larger, fuller, and rounder, you have come to the right place. Whether you have a genetic condition, testicular deformation, have lost a testicle due to cancer or other illness, or are struggling to accept the appearance of shrunken testicles from aging, we have solutions.

Testicular implants can restore a lost testicle, or create a fuller, more attractive look for men who are experiencing an unbalanced look due to tissue shrinkage. You don't have to live with any of these conditions – take advantage of the skills and experience of Dr. Elist and his team of medical professionals.

With a career dedicated to helping men feel and look their best, Dr. Elist is a leader in testicular enhancement, the developer of the revolutionary Elist testicular implant – a superior implant. You will find no better place to restore a more attractive, masculine appearance to your testicles than our state-of-the-art private clinic in Beverly Hills.

Learn More

### TESTICLE IMPLANT FEATURES

Super Soft Testicular Implant

Super Natural & Undetectable

US Patented

Permanent and Reversible

Outpatient Procedure

Quick Healing Time

HIGH Success Rate

Learn More

### WHY DR. ELIST?

Urologist and Surgeon with over 40 years of experience

Specialized in Male Sexual Enhancement, Male Sexual Health, and Male Sexual Dysfunction

Learn More



# BLOG

See All Posts

COMPATIBILITY OF THE PENUMA IMPLANT PROCEDURE WITH OTHER PENILE ENHANCEMENT PROCEDURES

WHAT EXACTLY IS A PENILE IMPLANT?

# Penile Enlargement FAQs

**Can my partner tell that I had a penis enlargement surgery? Is the implant noticeable?**

The physician makes no incisions on the penis. The only incision is in the suprapubic area and can be hidden over time under the pubic hair. Patients report that if a partner has not seen the patient's penis prior to the procedure, the partner cannot tell that there is a silicone implant present. Nevertheless, we do expect that patients discuss this procedure with their partner well in advance of the journey.

**I want to get the largest size of the Penuma® implant. Is that possible?**

The physician will determine the maximum size that is safe for you based on your individual circumstances. All implants are customized in the operating room for the individual patient and are designed to maximize results in a safe manner.

**What about non-surgical penis enlargement methods?**

Unfortunately, no non-surgical method for penile enlargement has proven to be effective. Non-surgical methods to achieve a larger penis can include pumps, pills, or jelqing, but unfortunately, there is no proof that these methods work and can sometimes be damaging to patients.

**With the penile implant, am I always erect/hard?**

No. The implant fits naturally with your penis whether you are in a flaccid/soft state or erect/hard state.

**How much does the penis enlargement procedure cost?**

All pricing will be discussed with your Patient Consultant in advance. Please note that we work with several financing companies, some that may offer interest-free financing.

**How long must I abstain from sexual activity?**

Patients are expected to abstain from all sexual activity for 6 to 8 weeks after the procedure to ensure full healing. Clearance to begin sexual activity will be given by the medical staff.

## SCHEDULE A FREE CONSULTATION TODAY

Contact Dr. Elist's office to schedule a free in person or video consultation!

+1 (310) 652-2600

ABOUT | GALLERY | MEDIA
PENILE PROCEDURES | TESTIMONIALS | COST & FINANCING
TESTICULAR PROCEDURES | PATIENT EDUCATION | CONTACT

DR. ELIST MD,FACS

Tel +1 (310) 652-2600

8500 Wilshire Blvd., Suite 707 Beverly Hills, CA

4.6 STARS

James J. Elist, MD. © Copyright 1982 - 2019

Designed & Developed by Studio III

Privacy Policy

# Webpage pictured in FAC ¶ 51, Figure 7

DR. ELIST MD.FACS

Call us +1 (310) 652-2600 | CONTACT US

ABOUT | PENILE PROCEDURES | TESTICULAR PROCEDURES | GALLERY | TESTIMONIALS | PATIENT EDUCATION | MEDIA | COST & FINANCING | CONTACT



Have a small penis or a buried penis?

# DR. ELIST CAN HELP

LEARN MORE ABOUT THE PROCESS OF PHALLOPLASTY

Dr. James Elist's Featured

# MEDIA




WATCH FULL VIDEO | WATCH FULL VIDEO | WATCH FULL VIDEO

ALL MEDIA

Please see the disclaimer on media links by clicking the link above.



## PENILE ENLARGEMENT

Surgery

Enhance and enlarge the length, girth, and size of your penis. Looks, feels, and functions just like nature intended – just significantly larger.

Learn More | Gallery

## TESTICULAR ENLARGEMENT

Surgery

Your testicles should be balanced, full and attractive. We can help.

Learn More | Gallery



## ABOUT
### JAMES J. ELIST M.D.

Dr. James J. Elist, M.D., is one of the nation's most accomplished urologists. He has focused his professional career on helping men resolve a range of penile conditions, including cosmetic enhancements. From penile enlargement to treatments for penile deformities, ED, and other personal physical issues, you can trust.

Dr. Elist is a pioneer in the field of penile treatments, and to date has performed thousands of penile enlargement procedures.

Learn More



## PENILE ENLARGEMENT SURGERY

Penile surgery has come a long way in recent years. With the development of the Penuma® Implant, men can achieve the length, girth, and size of penis that brings them confidence. With Dr. Elist, you can be assured that the surgery is being performed by one of the most accomplished urologists in the nation – with thousands of satisfied male patients who have undergone penile enlargement surgery and have never regretted taking the journey.

Imagine having the penile size that leaves you feeling confident, secure, and masculine. The choice is yours. No incisions on the penis itself, a short recovery time, and results that improve with time.

Learn More

### BENEFITS OF THE PENUMA® SILICONE IMPLANT MAY INCLUDE*:

**Permanent and reversible**

**Natural looking** both in flaccid and erect states

Made of a **very soft, medical grade silicone**

Implant is **customized** by the physician to your individual size

Permanent **increases in girth** and enhancements to the **appearance of length**

Observed **increases in penile size** of 1 to 2 inches on average

**Progressive growth** beyond initial gains over time

**High success rate** (any adverse events are typically a result of patient non-compliance with post-operative instructions, which will be explained in full prior to the procedure)

Learn More

* Not a guarantee of individual results





# Gallery

explore

## PHALLOPLASTY TESTIMONIALS:

*"I have been a patient since 2016. All I can say is Dr. Elist has changed my quality of life. I have more confidence and can pleasure my partner to full satisfaction."*

*"Thank you Dr. Elist & his staff. I have waited a long time for this and everyone was so helpful. They took the time to explain everything that I can expect from the procedure. This has been life changing!"*

*"Honestly, perfect medical service. I hope now my life will be better because of this procedure from such a great team of experts. Thank you so much Dr. Elist & team."*



## TESTICULAR ENLARGEMENT SURGERY

If you feel that your testicles should be larger, fuller, and rounder, you have come to the right place. Whether you have a genetic condition, testicular deformation, have lost a testicle due to cancer or other illness, or are struggling to accept the appearance of shrunken testicles from aging, we have solutions.

Testicular implants can restore a lost testicle, or create a fuller, more attractive look for men who are experiencing an unbalanced look due to tissue shrinkage. You don't have to live with any of these conditions – take advantage of the skills and experience of Dr. Elist and his team of medical professionals.

With a career dedicated to helping men feel and look their best, Dr. Elist is a leader in testicular enhancement, the developer of the revolutionary Elist testicular implant – a superior implant. You will find no better place to restore a more attractive, masculine appearance to your testicles than our state-of-the-art private clinic in Beverly Hills.

Learn More

### TESTICLE IMPLANT FEATURES

Super Soft Testicular Implant

Super Natural & Undetectable

US Patented

Permanent and Reversible

Outpatient Procedure

Quick Healing Time

HIGH Success Rate

Learn More

### WHY DR. ELIST?

Urologist and Surgeon with over 40 years of experience

Specialized in Male Sexual Enhancement, Male Sexual Health, and Male Sexual Dysfunction

Learn More



# BLOG

See All Posts



PENIS ENLARGEMENT CREAM – DOES IT WORK?




AVERAGE TESTICLE SIZE – DOES SIZE MATTER?

# Penile Enlargement FAQs

**Can my partner tell that I had a penis enlargement surgery? Is the implant noticeable?**

The physician makes no incisions on the penis. The only incision is in the suprapubic area and can be hidden over time under the pubic hair. Patients report that if a partner has not seen the patient's penis prior to the procedure, the partner cannot tell that there is a silicone implant present. Nevertheless, we do expect that patients discuss this procedure with their partner well in advance of the journey.

**I want to get the largest size of the Penuma® implant. Is that possible?**

The physician will determine the maximum size that is safe for you based on your individual circumstances. All implants are customized in the operating room for the individual patient and are designed to maximize results in a safe manner.

**What about non-surgical penis enlargement methods?**

Unfortunately, no non-surgical method for penile enlargement has proven to be effective. Non-surgical methods to achieve a larger penis can include pumps, pills, or jelqing, but unfortunately, there is no proof that these methods work and can sometimes be damaging to patients.

**With the penile implant, am I always erect/hard?**

No. The implant fits naturally with your penis whether you are in a flaccid/soft state or erect/hard state.

**How much does the penis enlargement procedure cost?**

All pricing will be discussed with your Patient Consultant in advance. Please note that we work with several financing companies, some that may offer interest-free financing.

**How long must I abstain from sexual activity?**

Patients are expected to abstain from all sexual activity until given clearance by the medical staff. This typically takes 6 to 8 weeks though it may differ based on patient circumstances.



SCHEDULE A FREE CONSULTATION TODAY

Contact Dr. Elist's office to schedule a free in person or video consultation!

+1 (310) 652-2600

California Medical Association

ABOUT
TESTIMONIALS
CONTACT
PENILE PROCEDURES
PATIENT EDUCATION
MEDIUM
TESTICULAR PROCEDURES
MEDIA
GALLERY
COST & FINANCING

DR. ELIST MD FACS

Tel +1 (310) 652-2600

8500 Wilshire Blvd., Suite 707 Beverly Hills, CA

The photos above (except for any before/after and testimonial photos) feature models, not real patients. The before/after photos and testimonial videos all show real patients. Please note that results may vary. There are no guaranteed outcomes.

Medium

★★★★★ 4.6 STARS

James J. Elist, MD. © Copyright 1982 - 2020

Designed & Developed by Studio III

Privacy Policy