# EXHIBIT J

- Marah C. Hehemann, et al., *Penile Girth Enlargement Strategies: What's the Evidence?* 7 Sexual Med. Rev. 535 (2019)

# Penile Girth Enlargement Strategies: What's the Evidence?



Marah C. Hehemann, MD,[1] Maxwell Towe, BS,[2] Linda My Huynh, MSc,[2] Farouk M. El-Khatib, MD,[2] and Faysal A. Yafi, MD, FRCSC[2]

## ABSTRACT

**Introduction:** Most men seeking penile girth augmentation have physiologically normal penises but may suffer from severe preoccupation with penis size known as *penile dysmorphophobic disorder*.

**Aim:** To describe the medical, procedural, and reconstructive techniques available for penile girth enhancement and to review the success and complications of each modality.

**Methods:** A comprehensive review of peer-reviewed publications on the topic was performed through a PubMed search. Key search terms included penis, enhancement, enlargement, phalloplasty, reconstruction, girth, and augmentation.

**Main Outcome Measure:** We wanted to summarize the motivations behind penile girth enhancement and review the outcomes for girth augmentation treatments.

**Results:** Various medical, traction, injection, prosthetic, and reconstructive modalities have been studied for penile girth enhancement, with increases in girth ranging from 0-4.9 cm. Complications were reported in a minority of patients, but they may be devastating and include penile fibrosis, sexual dysfunction, device infection, and death.

**Conclusion:** A variety of penile girth augmentation techniques have been studied. Clinical guidelines are lacking, and complications of penile girth enhancement are likely underreported. Until more rigorous investigation with accurate reporting of complications is achieved, penile girth augmentation procedures should be considered experimental. **Hehemann MC, Towe M, Huynh LM, et al. Penile Girth Enlargement Strategies: What's the Evidence? Sex Med 2019;7:535−547.**

Copyright © 2018, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.

**Key Words:** Penile Augmentation; Penile Enhancement; Penile Girth; Phalloplasty; Penile Dysmorphophobic Disorder

## INTRODUCTION

Throughout history, the penis has been regarded as the dominant symbol of masculinity, engendering significant anxiety about penile length and girth in many men.[1,2] Although the average erect penile length and girth are 13.1 and 11.65 cm, respectively, men who perceive their penis to be smaller than average account for as much as 91% of the general population.[3,4] Because this preconception is further proliferated by mainstream media, men are increasingly seeking medical solutions for "inadequate" size.[5] Although numerous indications and strategies exist for penile lengthening, there is neither clinical recommendation nor current literature that adequately describes motivations or strategies solely for penile girth enlargement.[5,6] In distinction to girth restoration (eg, in those undergoing surgical treatment for Peyronie's disease [PD]), girth enhancement is typically performed only for cosmetic and psychological reasons—similar to that seen with breast augmentation.[7] In this review, we highlight potential motivations behind penile girth enlargement, as well as the various medical, traction, injection, prosthetic, and reconstructive modalities commonly used in urologic and plastic specialties (Table 1).

## PENILE DYSMORPHOPHOBIA

Most men who seek penile augmentation have a normal-sized penis by clinical standards.[21,22] These men may suffer from penile dysmorphophobic disorder (PDD), a subtype of body dysmorphic disorder (BDD) that is defined in the *Diagnostic and Statistical Manual for Mental Disorders*, Fifth Edition, as a preoccupation with a minor or non-existent flaw in body image that

Received September 6, 2018. Accepted November 11, 2018.

[1]University of Washington, Department of Urology, Seattle, Washington, USA;

[2]University of California Irvine, Department of Urology, Irvine, California, USA

Copyright © 2018, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.

https://doi.org/10.1016/j.sxmr.2018.11.003

536

Table 1. Summary of clinically relevant studies on different penile girth augmentation modalities

| Study | Treatment modality | Design | n | Mean follow-up period, mo | Penile girth increase, cm | Complications | Satisfaction |
|---|---|---|---|---|---|---|---|
| Aghamir et al[8] | Vacuum erectile device | Prospective | 30 | 8 | Not reported | No serious complications | 30% satisfied with treatment |
| Gontero et al[9] | Traction therapy | Prospective | 21 | 6 | 0.03, clinically insignificant | No serious complications | Improvement in IIEF, poor satisfaction with penile girth |
| Nowroozi et al[10] | Traction therapy | Prospective | 44 | 3 | 0.02, clinically insignificant | No serious complications | 27% moderate improvement, 55% mild improvement |
| Panfilov[11] | Autologous fat injection | Retrospective | 88 | 12 | 2.65 | Preputial injection requiring removal (n = 1) | 88% highly satisfied, 9% fairly satisfied, 3% unsatisfied |
| Kang et al[12] | Autologous fat injection | Retrospective | 52 | 6 | 2.3 | No serious complications | 75% satisfaction |
| Yacobi et al[13] | Liquid injectable silicone (microdroplet) | Retrospective | 324 (data on 30) | 20 | 2.6 | No serious complications | High satisfaction, 21 patients with improved erections and resolution of premature ejaculation |
| Kwak et al[14] | Hyaluronic acid injection | Prospective | 41 | 18 | 3.8 | No serious complications | Diminished satisfaction with long-term follow-up, decreased tactile sensation, decreased erectile rigidity |
| Casavantes et al[15] | Polymethyl-methacrylate injection | Retrospective | 729 | Not reported | 2.4 | No serious complications; 52% palpable shaft abnormalities, 0.4% required PMMA nodule removal | In n = 203, 83% satisfaction, 17% not satisfied/dissatisfied |
| Spyropoulos et al[16] | Dermal fat graft | Retrospective | 4 | 14 | 2.3 | Graft sclerosis, preputial edema, paraphimosis, pain with erection | Favorable outcomes on APPSSI score |
| Alei et al[17] | Porcine dermal acellular matrix graft | Retrospective | 69 | 12 | 3.2 flaccid, 2.4 erect | 13% graft fibrosis resulting in penile retraction | 98% satisfaction on APPSSI |

(continued)

Table 1. Continued

| Study | Treatment modality | Design | n | Mean follow-up period, mo | Penile girth increase, cm | Complications | Satisfaction |
|---|---|---|---|---|---|---|---|
| Tealab et al[18] | Acellular collagen matrix graft | Retrospective | 18 | 12 | 2.3 | 22% edema and ulceration requiring graft removal, 22% diminished sensation | 11% with high postoperative satisfaction |
| Elist et al[19] | Subcutaneous silicone implant | Retrospective | 400 | 48 | 4.9 | 3% required device removal because of infection, perforation, detachment, breakage, hematoma | 81% high or very high satisfaction, 72% improved APPSSI score |
| Austoni et al[20] | Corporal venous graft | Retrospective | 39 | 9 | 2.9 (erect), flaccid girth unchanged | No major complications | Not evaluated |

APPSSI = Augmentation Phalloplasty Patient Selection and Satisfaction Inventory; IIEF = International Index of Erectile Function.

causes marked impairment in various areas of functioning.[23] In men with PDD, the perceived flaw is the size or appearance of the penis. Similarly, some men may have small penis anxiety (SPA), which involves excessive fear or worry of one's external genitalia being observed and negatively evaluated by others due to size. Both PDD and SPA exclude men with a true micropenis, which has been described as a flaccid penis length <4 cm and an erect penis length <7.5 cm.[24]

Men with PDD can suffer from intense feelings of shame and embarrassment with regard to their penis size, thus leading to a decreased quality of life. Recent literature suggests that men with PDD have greater shame and interference with relationships than men with SPA and control subjects.[25] They also exhibit more avoidance and safety-seeking behaviors in situations where their genitalia may be displayed (eg, in a locker room or with a sexual partner). Similarly, distress over subjective penile size can negatively affect sexual functioning. A recent study showed that patient-reported small penile size was associated with erectile dysfunction, irrespective of actual measured penile size.[26] Additionally, men who are abnormally concerned about the size of their penis are at risk of developing feelings of low self-esteem and mood in general. Veale et al[27] attempted to measure the shame on an 18-item scale and found it to be positively correlated with depressive and anxiety symptoms.

Goals of the girth enhancement strategies reviewed here are increasing penile circumference in both the flaccid and erect states while maintaining a natural, uniform-appearing shaft and integrity of the patient's sensory and erectogenic capacity. However, because PDD is first and foremost a psychological diagnosis, thorough psychosexual, psychological, psychiatric, as well as urologic evaluations should be completed before embarking on girth augmentation. Additionally, investigators studying penile girth enhancement techniques should place high value on psychosocial outcomes measured with validated instruments.

## MEDICAL THERAPY

The principal goals of oral therapies for treatment of PDD are 2-fold: to produce an objective increase in penile girth and to treat the psychological distress associated with PDD. Purporting to address the first goal, over-the-counter, poorly regulated penile enhancement supplements are vast in number and pervasive throughout web-based advertising. These "natural male enhancement" products represent part of the nutraceuticals industry, a market that is projected to reach more than $578 billion by 2025.[28] Although the popularity of these products is evident by the magnitude of consumer spending dedicated to them, Food and Drug Administration (FDA) approval is lacking, and there are no scientific data to support their use for penile girth augmentation. Additionally, such dietary supplements are known to contain undeclared and potentially dangerous substances.[29] Physicians treating men with PDD should discuss with

their patients the use of non-regulated supplements and caution against their consumption.

The oral phosphodiesterase type 5 (PDE5) inhibitor class is considered first-line treatment for men with erectile dysfunction.[30] By diminishing the degradation of intracellular cyclic guanosine monophosphate in cavernosal smooth muscle cells, PDE5 inhibitors create a downstream relaxation of arterial and trabecular smooth muscle, thereby increasing arterial inflow, reducing penile venous outflow, and producing penile rigidity.[31] Although this mechanism works well to generate physiological erection, PDE5 inhibitors have also been found to have significant implications in regeneration of penile smooth muscle and in tissue remodeling. In the PD animal model and human PD subjects, administration of daily PDE5 inhibitor was found to produce restorative effects on corporal smooth muscle content and a reduction in collagen content in both PD plaques and corporal bodies.[32,33] Furthermore, daily PDE5 inhibitor use can mitigate corporal remodeling and smooth muscle apoptosis in the rat radical prostatectomy (RP) model and was confirmed by Schwartz et al[34] in human subjects with good sexual function prior to RP.[35,36] The ability for PDE5 inhibitors to produce an increase in corporal smooth muscle and to prevent its degradation is the concept on which post-RP penile rehabilitation was developed.[37]

Although there is a large body of literature on PDE5 inhibitor use in penile rehabilitation, there is an absence of data looking at the use of PDE5 inhibitors in men with PDD. Whether these pharmaceuticals have efficacy in producing an increase in muscle content and penile girth in the physiologically normal penis is unknown and requires further scientific study.

Investigations should also be made into the utility of PDE5 inhibitors in combination with psychotherapy to promote confidence and to mitigate the psychological distress of PDD. Combining sildenafil with group therapy has been effective for men with psychogenic erectile dysfunction (ED), and this noninvasive, low-cost strategy is deserving of further study in PDD.[38,39]

Fluoxetine, a well-tolerated selective serotonin reuptake inhibitor, has also been demonstrated to improve the symptoms of patients with BDD in a randomized, placebo-controlled trial.[40] Patients with both delusional and non-delusional symptoms were found to have improved parameters on validated outcome measures after 12 weeks of therapy. Because PDD is a subtype of BDD, further use and investigation of this drug in men with PDD is warranted.

## VACUUM AND TRACTION THERAPY

Vacuum erectile devices can temporarily increase the size of the penis by drawing blood into the corpora cavernosa; however, the ability to create a long-term, lasting change in penile length and girth is debated. Aghamir et al[8] performed a prospective, non-blinded, cohort study of regular vacuum therapy to determine sustained penile size gain. 31 men performed approximately 20 minutes of vacuum therapy 3 times weekly for 6 months, and the majority (87%) presented for follow-up at a mean of 8 months. The authors reported no significant length gained in the cohort, with only 11% of the men achieving ≥1 cm of length gained. This study does not specify girth parameters, but with proven lack of tissue expansion longitudinally, one can extrapolate that girth expansion would also be lacking. Additionally, satisfaction with treatment was poor, with only 30% of patients reporting reasonable satisfaction, making this treatment option untenable.

Penile traction devices use the principle of continuous mechanical force transduction across a tissue plane to produce tissue remodeling, much like dental braces are used to induce bone remodeling and correct tooth alignment. In a prospective, pilot study, Gontero et al[9] sought to answer whether penile traction can induce long-term penile augmentation in men with PDD. 16 of 21 enrolled patients completed the study protocol, which included traction device application for 4–6 hours per day for 6 months. The authors reported significant length gained (mean length gained 2.3 cm flaccid, 1.7 cm stretched), with the greatest change in length occurring during the first month of therapy. Despite these encouraging outcomes for men with PDD, increases in penile girth were clinically insignificant (0.03 cm), and patients reported no appreciable change.[9] Nowroozi et al[10] confirmed these results in the largest investigation to date regarding traction therapy in men with PDD and normal penile size (≥7.5 cm). After psychiatric evaluation and counseling, participants were instructed to use the penile traction device for 4–6 hours a day for 6 months. 44 patients completed the study and at 6 months demonstrated a significant gain of $1.7 \pm 0.8$, $1.3 \pm 0.4$, and $1.2 \pm 0.4$ cm in the flaccid, stretched, and erect penile lengths, respectively. However, penile circumference was measured after 3 months of use, and girth gained was again found to be negligible ($9.6 \pm 1.1$ cm and $9.8 \pm 1.1$ cm, before and after treatment). International Index of Erectile Function scores and reported device satisfaction favored use of the device, and only 4 patients discontinued use because of mild and reversible adverse outcomes. As the authors discussed, validated measures of patient satisfaction and assessments of participant compliance would be beneficial in investigations of penile traction devices. Although the penile extender offers a favorable safety profile and non-invasive method to achieve durable penile length gain in the physiologically normal penis, the same is not true for girth augmentation and thus should not be recommended in the man exclusively concerned with increasing penile girth.

## INJECTION THERAPY

Within the arena of penile girth enhancement, perhaps the foremost area of historical and contemporary research is on penile subcutaneous injection therapy. Descriptive studies detail penile injectables administered by both lay people and medical professionals, from banal materials such as petroleum jelly (Vaseline) or mineral oil to significantly more hazardous materials such as

industrial silicone or metallic mercury.[41–44] Studies on the most commonly used penile injection types are reviewed here (Table 1).

### Fat

Autologous fat injection has been described for use in cosmetic and augmentative procedures for decades. Principles of surgery include liposuction fat harvest (typically from abdomen or thigh), fat preparation, followed by subcutaneous injection. Panfilov[11] reported on 88 patients receiving augmentative phalloplasty including autologous fat injection. 40–68 mL of pure fat were injected through small preputial incisions, with a resulting circumference gain of 2.65 cm (range 1.4–4.0 cm), and a durable gain at 1 year of 60–80% of original postoperative gain. Complications were reported in 2.3% of patients, with only 1 patient requiring additional corrective procedures. Similar results were reported by Kang et al,[12] who noted a 2.3-cm mean gain in penile circumference at short-term follow-up (6 months), with only 1 patient developing nodularity.

The sustained gain in penile girth in these studies is surprising given the well-established low survivability of aspirated adipocytes, even when implanted into highly vascularized tissue beds.[45–48] Beyond resorption or degradation of lipocytes, fat-cell rejection and induction of fat necrosis can cause cosmetic complications and functional deficits and can require corrective surgery.[49,50] Wessells et al[51] reported cosmetic complications of autologous fat transfer in 12 patients within 1 year of their penile augmentation procedures, including irregular residual fat nodules, skin deformity, and scarring, as well as scrotalization of penile shaft skin (resulting from concurrent suspensory ligament release and suprapubic V-Y plasty). Sensory disturbances were noted in 2 patients with diminished biothesiometric vibratory sensation in one and pain prohibitive of sexual activity in another.

These serious complications are, however, overshadowed by the tragic death of a 30-year-old man because of fat embolism immediately after penile autologous fat injection.[52] This patient underwent suspensory ligament release and subfascial penile injection of 60 mL of autologous fat, after which he suffered immediate and complete cardiopulmonary collapse. Autopsy with microscopic examination revealed multiple fat emboli in the pulmonary vasculature of all lung lobes. Penile autologous fat injection should thus be regarded as experimental, and potential consequences, both mild, and severe, should be discussed with patients.

### Silicone

Use of liquid injectable silicone (LIS) for cosmetic augmentation began in the 1940s in Japan, Germany, and Switzerland, and was popularized in the United States in the 1960s.[53] Early injections of large-volume (liters) LIS were met with disastrous results, most notably silicone migration, prompting its suspension by the FDA in 1976 and its criminalization in Nevada in 1975.[54] The first report of penile injection of LIS occurred in 1973 and involved suprapubic injection of silicone, ultimately



**Figure 1.** Penile skin tenting to accomplish microdroplet injection technique for liquid injectable silicone as described by Yacobi et al.[13] Figure 1 is available in color online at www.smr.jsexmed.org.

requiring resection due to tenderness and inflammation.[55] Host responses to silicone injection can vary but are known to result in the infiltration of multinucleate giant cells, fibroblastic deposition of collagen around pseudocystic vacuoles, and potential obliteration of surrounding microvasculature.[53,56,57] Radiographic evidence of inflammation, abscess formation, silicone migration, and other complications have been reported.[58,59]

Reports of symptomatic reactions to penile LIS injection include severe edema, penile distortion caused by silicone granulomas, and sexual dysfunction, with adverse events occurring up to 30 years after injection.[60–66] Some patients with these cosmetic and functional complications have required resection and reconstruction, and others have declined intervention.[60,61] In fact, there is a corresponding body of literature focused on reconstructive principles and techniques for treatment of siliconomas.[41,63,65] Regrettably, LIS injection for aesthetic purposes has also resulted in catastrophic consequences including silicone embolism, silicone pneumonitis, and multi-organ failure.[67,68]

The microdroplet technique, which involves application of tiny droplets of silicone (0.01–0.07 mL), was developed to mitigate potential morbidity associated with large-volume LIS injection.[55] Yacobi et al[13] described their experience using this technique in an incremental fashion to enhance penile girth. They reported on 324 patients who underwent a series of injection treatments (mean 5 treatments, range 3–6) with ultrapurified LIS (Siluron 1000; Fluron GmbH, Germany). During each treatment, 5-mL LIS was injected into the areolar tissue between tented penile skin and Buck's fascia, with ≥30-day intervals between treatment sessions (Figure 1). Only 30 patients in the study cohort had girth parameters measured before and after treatment, and in this small fraction there was a mean increase in circumference of 2.6 cm (27%) at mean follow-up 20 months (range 1–36). 21 patients reported improved erections and resolution of premature ejaculation, and no complications were reported. The authors attributed their success and



**Figure 2.** Penile shaft nodularity and irregularity seen in 52% of men after PMMA injection.[15] Figure 2 is available in color online at www.smr.jsexmed.org.

lack of adverse outcomes to use of the microdroplet injection technique in a gradual manner, as well as to the purity of the product used for LIS. Unfortunately, this study is limited primarily by absence of objective data on 90% of the larger cohort, as well as lack of long-term follow-up, particularly given the prolonged interval at which silicone complications can occur.[64]

Although LIS injection has been used with success for other specific indications, the safety and efficacy of LIS injections for penile girth enhancement have yet to be defined, and use outside of a clinical protocol should be discouraged. Yacobi et al[13] offer a glimpse of positivity using the microdroplet technique; however, more rigorous reporting with long-term follow-up is essential.

### Soft Tissue Fillers

Cosmetic soft tissue filler use has increased 312% since 2000 and accounts for almost 2.7 million procedures annually.[69] Agents including hyaluronic acid, calcium hydroxylapatite, collagen, polymethyl-methacrylate microspheres (PMMA) and several others, are used for countless types of minimally invasive cosmetologic procedures and have been examined for use in penile augmentation.

Hyaluronic acid (HA) is a long-lasting, resorbable dermal filler that has a well-established safety profile, as well as FDA approval in many forms.[70] In 1 report of 41 men receiving HA injection for penile girth enhancement, patients underwent a single treatment with a mean volume of 20.56 mL.[14] Mid-shaft penile circumference was significantly increased from $7.48 \pm 0.35$ cm to $11.4 \pm 0.34$ cm at 1 month and $11.26 \pm 0.33$ at 18 months. All patients estimated good retention of girth gained at 18 months; however, patient satisfaction declined markedly from month 1 to month 18. The authors attribute the diminished satisfaction to a disturbance of erectile rigidity, because the corpora cavernosa were covered with softer HA after the procedure. Additionally, most patients experienced decreased tactile sensation of the shaft. Despite this substantial negative effect on sexual functionality and perhaps enjoyment, there were no deformities, inflammation, or adverse events reported. Unfortunately, in other series, HA injection has been associated with major complications including vascular occlusion caused by arterial embolization after facial injection, as well as severe hypersensitivity after penile injection.[71,72] Arterial embolization has not been reported after penile injection of HA.

PMMA is a non-absorbable soft tissue filler that has been preferentially used in some populations because of its permanence. Microspheres of PMMA are encapsulated into granulation tissue, after which collagen and vascular tissue can embed the microspheres.[15] Casavantes et al[15] reported on their 8-year experience with serial PMMA injections for penile girth enhancement, having performed 1,500 injection procedures on 729 men, including a large number of patients who had previously undergone other girth enhancement procedures. The prescribed treatment regimen resulted in an average increase in penile girth of 2.4 cm, which was sustained in flaccid, stretched, and erect states (as measured by patients). Interestingly, patients also experienced an increase in flaccid length of 0.7 cm, which the authors attribute to the stiffness of the PMMA implant, begging the question about the ability of this filler material to create a natural, supple feeling penile shaft in the flaccid state. Indeed, a majority of patients (52%) reported nodularity, ridges, irregularity, indentations, or voids in tissue filler (Figure 2). Satisfaction surveys were returned by 203 (28%) patients, of whom 168 (83%) were satisfied, and 17% were either not satisfied or dissatisfied. The authors briefly alluded to the potential difficulty and radical surgery required to remove a PMMA implant, which was the unfortunate reality for 1 patient presenting with severe penile deformity, erectile dysfunction, pain during intercourse and diffuse penile fibrosis after one PMMA injection, ultimately necessitating complex reconstruction (Figure 3).[73]

Overall, there is a dearth of prospective studies with long-term follow-up, and reproducible results in this arena, and thus we lack evidence-based clinical guidelines on dermal fillers for penile girth enhancement. Use of these products in men with PDD should be considered off-label and approached with caution.

## GRAFT AND FLAP PROCEDURES

Dermal fat grafts are free onlay grafts consisting of de-epithelialized dermis and subcutaneous fat, the former of which is



**Figure 3.** Resection of PMMA implant due to penile fibrosis and sexual dysfunction. A, Resection of mass and skin. B, Postoperative appearance.

important in increasing bulk and blood vessels to aide in graft vascularization.[74] Graft harvest is required, with 1 study using groin harvest sites measuring approximately 10 × 5 cm.[16] Spyropoulos et al[16] reported on a variety of penile augmentation techniques, including penile shaft enhancement with dermal fat graft in 4 patients. Mean girth gained with this approach was 2.3 cm at the base and 2.6 cm at the corona. Unfortunately, the listed complications were not linked with their associated augmentative procedures but did include preputial edema or paraphimosis in 27% (3 of 11), pain on erection in 27% (3 of 11), and 1 patient with dermal-fat graft sclerosis resulting in temporary curvature and pain with erection (9%). It will be important to see whether these high rates of complication hold true in larger cohorts, along with other reported complications such as sustained penile deformity due to graft fibrosis, skin loss, penile hypoesthesia, as well as donor-site related issues.[16]

Whether the use of a fasciocutaneous arterial island flap supplied by a vascular pedicle can mitigate some of the complications of free dermal grafts is unclear because there is only 1 case report to date.[75] The added level of surgical complexity, operative time (4.5 hours), and microvascular expertise immediately makes this procedure poorly generalizable and, most importantly, unjustifiable to offer to young men with physiologically normal penises.

Alei et al[17] obviated the need for a graft harvest site by using a porcine dermal acellular matrix graft (InteXen; American Medical Systems, Minnetonka, MN, USA), which is indicated for pelvic organ prolapse surgery. In their report, 69 patients underwent placement of 1 layer of xenograft through a small infrapubic incision (Figure 4). Girth parameters significantly increased in both the flaccid and erect states from before surgery (mean 8.1 cm and 10.8 cm, respectively) to 1 year after surgery (mean 11.3 and 13.2 cm, respectively). Additionally, the Augmentation Phalloplasty Patient Selection and Satisfaction Inventory, a non-validated questionnaire, revealed significant improvements in sexual self-esteem and satisfaction with surgical results in 68 of 69 patients.[76]

The high rate of satisfaction in this study seems remarkable given the significant number of patients who experienced graft fibrosis (9 of 69, 13%), which resulted in penile retraction by a



Figure 4. Placement of porcine dermal acellular graft. A, Dissection between Colles' and Buck's fascia through penopubic incision. B, Suturing graft to Buck's fascia.[17]

mean of 0.52 cm. In a population of patients going to extreme lengths to augment their penile dimensions, it seems questionable to offer a procedure that results in penile shortening in almost 1 in 10 men.

In fact, in a recent pilot study of a related acellular collagen matrix graft (Pelvicol; CR Bard, Inc., Covington, GA, USA), Tealab et al[18] found a significantly worse satisfaction rate, with only 2 of 18 implanted patients reporting high postoperative satisfaction. Several patients experienced severe penile edema and ulceration or infection, with 4 of 18 (22%) necessitating removal of the graft (Figure 5). Diminished penile sensation was also reported by 4 of 18 (22%) patients. This study highlights the need for objective reporting of postoperative penile shaft sensitivity and complication data using a validated instrument collected by an independent practitioner to evaluate post-augmentation satisfaction.

## SUBCUTANEOUS PENILE IMPLANTS

The growing market for aesthetic male genital enhancement has led to the development of not only novel procedures, but also new devices and implants. 1 such device is the subcutaneous silicone implant (Penuma; International Medical Devices, Los Angeles, CA, USA), which received patent approval in 1995.[77] The Penuma device, which wraps around the dorsal three-quarters of the penile shaft, is inserted subdermally through a suprapubic incision and affixed to the glans with polyester mesh, leaving the proximal end free-floating under the patient's pubic bone (Figure 6).[78] The device inventor authored a report on 3 patients who underwent insertion of the subcutaneous silicone implant and were followed up for a mean of 6.7 months.[78] There were no complications during this follow-up period, and, when answering a brief satisfaction questionnaire, no patients were dissatisfied with their results. Mean girth increase in this case report was 3.0 ± 1.0 cm. Sexual function, penile sensation, and partner satisfaction were not assessed.

The same group then retrospectively reviewed their experience with 526 patients who underwent silicone block implantation from 2009 to 2014, reporting on satisfaction and adverse events in 400 patients (76%) who consented to participate in a postoperative questionnaire.[79] 12 patients (3%) required device removal for implant breakage with implant perforation and infection (1%), implant infection (1%), suture detachment (0.5%), implant breakage (0.25%), and hematoma (0.25%). Unfortunately, long-term sequelae of such adverse events and implant removal, such as penile shortening, fibrosis, and sexual dysfunction were not discussed. Furthermore, it seems that not all patients experiencing complications of such procedures are managed by the surgeons implanting them. Hebert et al[19] reported on 8 patients presenting to their neighboring institution with



Figure 5. Complications of acellular collagen matrix graft. A, Infection requiring graft removal. B, Ulceration managed conservatively.[18]
Figure 5 is available in color online at www.smr.jsexmed.org.



**Figure 6.** Suturing of silicone sleeve implant to glans using polyester mesh. Proximal end remains unsutured.[78] Figure 6 is available in color online at www.smr.jsexmed.org.

complications of penile augmentation surgery, including 5 patients who had undergone subcutaneous silicone implant placement and subsequent removal. At presentation, observed adverse changes included severe edema, subcutaneous masses, penile curvature, or other sexually disabling deformity, infection, non-healing wounds, and scarring (Figure 7). 7 patients (88%) required operative management, with 25% requiring multiple corrective surgeries and 25% requiring split-thickness skin grafting. Even after undergoing rescue surgeries, erectile function remained diminished with a mean Sexual Health Inventory for Men score of 18.

Device development and ingenuity are at the heart of technological advancement in surgery and can ultimately provide patients with greater longevity and quality of life. Regrettably, use of devices without clearly defined safety profiles may be to the detriment of vulnerable patients who are offered a panacea to their distress, anguish, and low self-esteem. Rigorous investigation with accurate reporting of complications should be mandated before more men take on the physical, mental, and significant financial burden associated with subcutaneous silicone penile implants.

## CORPOROPLASTIC PHALLOPLASTY

Corporoplastic augmentation surgery uses bilateral corporal venous grafts to expand corporal girth and was described by Austoni et al.[80] During this procedure, bilateral longitudinal corporal incisions are made into the lateral aspect of the tunica albuginea from glans to pubis, where harvested saphenous vein grafts are then placed for augmentation (Figure 8). Circumcision is recommended in all patients to prevent severe preputial edema.

The authors reported on their experience with 39 patients, approximately half of whom had PDD and normal penile diameter ($\geq$2.5 cm).[80] At 9 months' follow-up, erect penile diameter had increased an average of 1.36 cm (4.2 cm circumferential gain). In the subset of men with normal preoperative penile diameter (mean 3.56 $\pm$ 0.22 cm), mean penile diameter gained was 1.26 cm (2.9 cm circumferential gain). Change in penile girth in the flaccid state was clinically irrelevant and subjectively imperceptible. No major adverse events occurred, and the temporary penile curvature that occurred in 40% of patients resolved at 3 months. Nocturnal penile tumescence was unchanged from before to after surgery, demonstrating preservation of erectile rigidity.

This technique uses the well-established principle of corrective incision and grafting for penile deformity such as PD and applies it to individuals with PDD. Patient selection of men with good erectile function before surgery is critical, as is establishing proper expectations. This procedure does not offer girth expansion in the flaccid state and thus should not be offered to men who are concerned with inadequate flaccid appearance, but rather to men who are motivated to augment erectile girth. This is a radical and invasive technique that has strict applications in the PDD population and should be regarded as experimental until further well-designed studies are reported.

A variety of adjunctive penile girth and length preservation or enhancement procedures have also been described for implementation at the time of inflatable penile prosthesis insertion. Although beyond the scope of this review, Tran et al[20] concisely described these techniques, which range from HA injection for glans augmentation to more highly complex reconstructive procedures such as the sliding technique, modified sliding technique, and augmentation corporoplasty. One major caveat to performing such advanced augmentative procedures with concomitant inflatable penile prosthesis insertion is the risk of glans necrosis, particularly in the man with severe systemic vascular disease.[81]



**Figure 7.** Patient presenting with open wound and severe deformity after failed dermal matrix graft and 2 failed subcutaneous silicone implants.[19] Figure 7 is available in color online at www.smr.jsexmed.org.



**Figure 8.** Corporal augmentation phalloplasty. A, Schematic showing insertion of saphenous vein graft into bilateral longitudinal incisions of tunica albuginea. B, Intraoperative photo of albugineal vein graft.[80]

## CONCLUSIONS

In an era of growing emphasis on physical appearance, PDD is ever more important to recognize and treat appropriately. The psychological distress, diminished quality of life, and impairment in sexual function associated with PDD are important aspects of any comprehensive assessment. Addressing these issues should be central to any therapy protocol, because it has been shown that a vast majority (96.4%) of patients receiving cosmetic procedures for BDD reported worsening or no change in symptoms of BDD.[82] Barring any contraindications, trials of fluoxetine and PDE5 inhibitors may be initiated in the setting of PDD before more-invasive, procedural treatments. Psychological evaluation and counseling should be implemented for every patient considered for penile augmentation procedures.

It is paramount to counsel patients that although a variety of penile girth augmentation techniques have been studied, clinical guidelines are lacking, and there are still no accepted standardized methods to determine the physical, clinical, and psychological benefits of these interventions. Furthermore, complications of penile girth enhancement are likely widely underreported. Until more rigorous multi-institutional investigation with accurate reporting of complications is achieved, penile girth augmentation procedures should be considered experimental. It should be with caution that we approach invasive procedures intended to treat psychiatric disorders. Further investigations of penile girth enhancement techniques should clearly report both physiological and psychosocial outcomes measured with validated instruments.

**Corresponding Author:** Faysal A. Yafi, MD, FRCSC, Department of Urology, University of California Irvine, 333 City Blvd West, Suite 2100, Irvine, CA 92868, USA. Tel: 714-456-5378; Fax: 888-378-4358; E-mail: faysalyafi@gmail.com

*Conflict of Interest:* MH, LH, MT, FME: None; FAY: Consultant for Boston Scientific, Coloplast and Endo Pharmaceuticals; Advisory Board for Endo Pharmaceuticals, Antares Pharma; Speaker for Endo Pharmaceuticals and Antares Pharma.

*Funding:* None.

## STATEMENT OF AUTHORSHIP

**Category 1**

(a) Conception and Design
   Marah C. Hehemann; Faysal A. Yafi
(b) Acquisition of Data
   Marah C. Hehemann; Maxwell Towe; Linda My Huynh; Farouk M. El-Khatib
(c) Analysis and Interpretation of Data
   Marah C. Hehemann; Maxwell Towe; Linda My Huynh; Farouk M. El-Khatib; Faysal A. Yafi

**Category 2**

(a) Drafting the Article
   Marah C. Hehemann; Maxwell Towe; Linda My Huynh; Farouk M. El-Khatib; Faysal A. Yafi
(b) Revising It for Intellectual Content
   Marah C. Hehemann; Faysal A. Yafi

**Category 3**

(a) Final Approval of the Completed Article
   Marah C. Hehemann; Maxwell Towe; Linda My Huynh; Farouk M. El-Khatib

## REFERENCES

1. Veale D, Miles S, Read J, et al. Sexual functioning and behavior of men with body dysmorphic disorder concerning penis size compared with men anxious about penis size and with controls: A cohort study. Sex Med 2015;3:147-155.

2. Vardi Y, Lowenstein L. Penile enlargement surgery—Fact or illusion? Nat Clin Pract Urol 2005;2:114-115.

3. Veale D, Miles S, Bramley S, et al. Am I normal? A systematic review and construction of nomograms for flaccid and erect penis length and circumference in up to 15,521 men. BJU Int 2015;115:978-986.

4. Lever J, Frederick DA, Peplau LA. Does size matter? Men's and women's views on penis size across the lifespan. Psychol Men Masculinity 2006;7:129-143.

5. Vardi Y. Is penile enlargement an ethical procedure for patients with a normal-sized penis? Eur Urol 2006;49:609-611.

6. Vardi Y, Har-Shai Y, Gil T, et al. A critical analysis of penile enhancement procedures for patients with normal penile size: Surgical techniques, success, and complications. Eur Urol 2008;54:1042-1050.

7. Dillon BE, Chama NB, Honig SC. Penile size and penile enlargement surgery: A review. Int J Impot Res 2008; 20:519-529.

8. Aghamir MK, Hosseini R, Alizadeh F. A vacuum device for penile elongation: Fact or fiction? BJU Int 2006;97:777-778.

9. Gontero P, Di Marco M, Giubilei G, et al. A pilot phase-II prospective study to test the "efficacy" and tolerability of a penile-extender device in the treatment of "short penis." BJU Int 2009;103:793-797.

10. Nowroozi MR, Amini E, Ayati M, et al. Applying extender devices in patients with penile dysmorphophobia: Assessment of tolerability, efficacy, and impact on erectile function. J Sex Med 2015;12:1242-1247.

11. Panfilov DE. Augmentative phalloplasty. Aesthetic Plast Surg 2006;30:183-197.

12. Kang DH, Chung JH, Kim YJ, et al. Efficacy and safety of penile girth enhancement by autologous fat injection for patients with thin penises. Aesthetic Plast Surg 2012;36:813-818.

13. Yacobi Y, Tsivian A, Grinberg R, et al. Short-term results of incremental penile girth enhancement using liquid injectable silicone: Words of praise for a change. Asian J Androl 2007; 9:408-413.

14. Kwak TI, Oh M, Kim JJ, et al. The effects of penile girth enhancement using injectable hyaluronic acid gel, a filler. J Sex Med 2011;8:3407-3413.

15. Casavantes L, Lemperle G, Morales P. Penile girth enhancement with polymethylmethacrylate-based soft tissue fillers. J Sex Med 2016;13:1414-1422.

16. Spyropoulos E, Christoforidis C, Borousas D, et al. Augmentation phalloplasty surgery for penile dysmorphophobia in young adults: Considerations regarding patient selection, outcome evaluation and techniques applied. Eur Urol 2005; 48:121-127 [discussion: 127−128].

17. Alei G, Letizia P, Ricottilli F, et al. Original technique for penile girth augmentation through porcine dermal acellular grafts: Results in a 69-patient series. J Sex Med 2012;9:1945-1953.

18. Tealab AA, Maarouf AM, Habous M, et al. The use of an acellular collagen matrix in penile augmentation: A pilot study in Saudi Arabia. Arab J Urol 2013;11:169-173.

19. Hebert K, Wisenbaugh E, Gelman J. Mp79-16 complications of genital enlargement surgery. J Urol 2017;197:e1079.

20. Tran H, Goldfarb R, Ackerman A, et al. Penile lengthening, girth and size preservation at the time of penile prosthesis insertion. Sex Med Rev 2017;5:403-412.

21. Ghanem H, Glina S, Assalian P, et al. Position paper: Management of men complaining of a small penis despite an actually normal size. J Sex Med 2013;10:294-303.

22. Mondaini N, Ponchietti R, Gontero P, et al. Penile length is normal in most men seeking penile lengthening procedures. Int J Impot Res 2002;14:283-286.

23. American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 5th ed. Arlington, VA: American Psychiatric Association; 2013.

24. Wessells H, Lue TF, McAninch JW. Penile length in the flaccid and erect states: Guidelines for penile augmentation. J Urol 1996;156:995-997.

25. Veale D, Miles S, Read J, et al. Phenomenology of men with body dysmorphic disorder concerning penis size compared to men anxious about their penis size and to men without concerns: A cohort study. Body Image 2015;13:53-61.

26. Sanches BC, Laranja WW, Alonso JC, et al. Does underestimated penile size impact erectile function in healthy men? Int J Impot Res 2018;30:158-162.

27. Veale D, Eshkevari E, Read J, et al. Beliefs about penis size: Validation of a scale for men ashamed about their penis size. J Sex Med 2014;11:84-92.

28. Grand View Research. Nutraceuticals market size worth $578.23 billion by 2025. https://www.grandviewresearch.com/press-release/global-nutraceuticals-market. Updated 2017. Accessed July 21, 2018.

29. U.S. Food and Drug Administration. X2Zero 12/8/16. https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2016/ucm533725.htm. Updated 2016. Accessed July 21, 2018.

30. Shamloul R, Ghanem H. Erectile dysfunction. Lancet 2013; 381:153-165.

31. Corbin JD. Mechanisms of action of PDE5 inhibition in erectile dysfunction. Int J Impot Res 2004;16(Suppl. 1):4.

32. Ferrini MG, Kovanecz I, Nolazco G, et al. Effects of long-term vardenafil treatment on the development of fibrotic plaques in a rat model of Peyronie's disease. BJU Int 2006;97:625-633.

33. Chung E, Deyoung L, Brock GB. The role of PDE5 inhibitors in penile septal scar remodeling: Assessment of clinical and radiological outcomes. J Sex Med 2011;8:1472-1477.

34. Kovanecz I, Rambhatla A, Ferrini M, et al. Long-term continuous sildenafil treatment ameliorates corporal veno-occlusive dysfunction (CVOD) induced by cavernosal nerve resection in rats. Int J Impot Res 2008;20:202-212.

35. Kovanecz I, Rambhatla A, Ferrini MG, et al. Chronic daily tadalafil prevents the corporal fibrosis and veno-occlusive dysfunction that occurs after cavernosal nerve resection. BJU Int 2008;101:203-210.

36. Schwartz EJ, Wong P, Graydon RJ. Sildenafil preserves intracorporeal smooth muscle after radical retropubic prostatectomy. J Urol 2004;171(Pt 1):771-774.

37. Padma-Nathan H, McCullough AR, Levine LA, et al. Randomized, double-blind, placebo-controlled study of post-operative nightly sildenafil citrate for the prevention of erectile dysfunction after bilateral nerve-sparing radical prostatectomy. Int J Impot Res 2008;20:479-486.

38. Melnik T, Abdo CH, de Moraes JF, et al. Satisfaction with the treatment, confidence and "naturalness" in engaging in sexual

activity in men with psychogenic erectile dysfunction: Preliminary results of a randomized controlled trial of three therapeutic approaches. BJU Int 2012;109:1213-1219.

39. Melnik T, Abdo CH. Psychogenic erectile dysfunction: Comparative study of three therapeutic approaches. J Sex Marital Ther 2005;31:243-255.

40. Phillips KA, Albertini RS, Rasmussen SA. A randomized placebo-controlled trial of fluoxetine in body dysmorphic disorder. Arch Gen Psychiatry 2002;59:381-388.

41. Shamsodini A, Al-Ansari AA, Talib RA, et al. Complications of penile augmentation by use of nonmedical industrial silicone. J Sex Med 2012;9:3279-3283.

42. Svensoy JN, Travers V, Osther PJS. Complications of penile self-injections: Investigation of 680 patients with complications following penile self-injections with mineral oil. World J Urol 2018;36:135-143.

43. Oh KJ, Park K, Kang TW, et al. Subcutaneous metallic mercury injection for penile augmentation. Urology 2007;69:185.e4.

44. Rosecker A, Bordas N, Pajor L, et al. Hungarian "jailhouse rock": Incidence and morbidity of Vaseline self-injection of the penis. J Sex Med 2013;10:509-515.

45. Nguyen A, Pasyk KA, Bouvier TN, et al. Comparative study of survival of autologous adipose tissue taken and transplanted by different techniques. Plast Reconstr Surg 1990;85:378-386 [discussion: 387—389].

46. Fagrell D, Enestrom S, Berggren A, et al. Fat cylinder transplantation: An experimental comparative study of three different kinds of fat transplants. Plast Reconstr Surg 1996;98:90-96 [discussion: 97—98].

47. Ersek RA. Transplantation of purified autologous fat: A 3-year follow-up is disappointing. Plast Reconstr Surg 1991;87:219-227 [discussion: 228].

48. Chajchir A, Benzaquen I. Fat-grafting injection for soft-tissue augmentation. Plast Reconstr Surg 1989;84:921-934 [discussion: 935].

49. Trockman BA, Berman CJ, Sendelbach K, et al. Complication of penile injection of autologous fat. J Urol 1994;151:429-430.

50. Alter GJ. Reconstruction of deformities resulting from penile enlargement surgery. J Urol 1997;158:2153-2157.

51. Wessells H, Lue TF, McAninch JW. Complications of penile lengthening and augmentation seen at 1 referral center. J Urol 1996;155:1617-1620.

52. Zilg B, Rasten-Almqvist P. Fatal fat embolism after penis enlargement by autologous fat transfer: A case report and review of the literature. J Forensic Sci 2017;62:1383-1385.

53. Narins RS, Beer K. Liquid injectable silicone: A review of its history, immunology, technical considerations, complications, and potential. Plast Reconstr Surg 2006;118(Suppl):84S.

54. Chasan PE. The history of injectable silicone fluids for soft-tissue augmentation. Plast Reconstr Surg 2007;120:2034-2940 [discussion: 2041—2043].

55. Arthaud JB. Silicone-induced penile sclerosing lipogranuloma. J Urol 1973;110:210.

56. Dadzie OE, Mahalingam M, Parada M, et al. Adverse cutaneous reactions to soft tissue fillers—A review of the histological features. J Cutan Pathol 2008;35:536-548.

57. Zimmermann US, Clerici TJ. The histological aspects of fillers complications. Semin Cutan Med Surg 2004;23:241-250.

58. Shin YS, You JH, Choi H, et al. An unusual course after injection of industrial silicone for penile augmentation. Can Urol Assoc J 2015;9:E145-147.

59. Lin DJ, Wong TT, Ciavarra GA, Kazam JK. Adventures and misadventures in plastic surgery and soft-tissue implants. Radiographics 2017;37:2145-2163.

60. Wassermann RJ, Greenwald DP. Debilitating silicone granuloma of the penis and scrotum. Ann Plast Surg 1995;35:505-509 [discussion: 509—510].

61. Christ JE, Askew JB. Silicone granuloma of the penis. Plast Reconstr Surg 1982;69:337-339.

62. Lighterman I. Silicone granuloma of the penis. Case reports. Plast Reconstr Surg 1976;57:517-519.

63. Silberstein J, Downs T, Goldstein I. Penile injection with silicone: Case report and review of the literature. J Sex Med 2008;5:2231-2237.

64. Rapaport M. Silicone injections revisited. Dermatol Surg 2002;28:594-595.

65. Asanad K, Banapour P, Asanad S, et al. Scrotal flap reconstruction for treatment of erectile dysfunction following penile enhancement with liquid silicone. Urol Case Rep 2018;20:75-77.

66. Moon DG, Yoo JW, Bae JH, et al. Sexual function and psychological characteristics of penile paraffinoma. Asian J Androl 2003;5:191-194.

67. Gurvits GE. Silicone pneumonitis after a cosmetic augmentation procedure. N Engl J Med 2006;354:211-212.

68. Schmid A, Tzur A, Leshko L, et al. Silicone embolism syndrome: A case report, review of the literature, and comparison with fat embolism syndrome. Chest 2005;127:2276-2281.

69. American Society of Plastic Surgeons. 2017 American Society of Plastic Surgeons statistics report. https://www.plasticsurgery.org. Updated 2018. Accessed August 8, 2018.

70. U.S. Food and Drug Administration. Dermal fillers approved by the center for devices and radiological health. https://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/CosmeticDevices/ucm619846.htm. Updated 2018. Accessed August 20, 2018.

71. Park SW, Woo SJ, Park KH, et al. Iatrogenic retinal artery occlusion caused by cosmetic facial filler injections. Am J Ophthalmol 2012;154:662.e1.

72. Coskuner ER, Canter HI. Desire for penile girth enhancement and the effects of the self-injection of hyaluronic acid gel. J Cutan Aesthet Surg 2012;5:198-200.

73. Torricelli FC, Andrade EM, Marchini GS, et al. Penile enlargement with methacrylate injection: Is it safe? Sao Paulo Med J 2013;131:54-58.

74. Sawhney CP, Banerjee TN, Chakravarti RN. Behaviour of dermal fat transplants. Br J Plast Surg 1969;22:169-176.

75. Shaeer O, Shaeer K. Penile girth augmentation using flaps "Shaeer's augmentation phalloplasty": A case report. J Sex Med 2006;3:164-169.
76. Spyropoulos E, Galanakis I, Dellis A. Augmentation phalloplasty patient selection and satisfaction inventory: A novel questionnaire to evaluate patients considered for augmentation phalloplasty surgery because of penile dysmorphophobia. Urology 2007;70:221-226.
77. Elist JJ, inventor. Implant for expanding penile girth and length. United States patent 5,445,594. August 29, 1995.
78. Elist JJ, Shirvanian V, Lemperle G. Surgical treatment of penile deformity due to curvature using a subcutaneous soft silicone implant: Case report. Open J Urol 2014;04:91-97.
79. Elist J, Valenzuela R, Hillelsohn J, et al. A single-surgeon retrospective and preliminary evaluation of the safety and effectiveness of the Penuma silicone sleeve implant for elective cosmetic correction of the flaccid penis. J Sex Med 2018;15:1216-1223.
80. Austoni E, Guarneri A, Cazzaniga A. A new technique for augmentation phalloplasty: Albugineal surgery with bilateral saphenous grafts—Three years of experience. Eur Urol 2002;42:245-253 [discussion: 252—253].
81. Wilson SK, Mora-Estaves C, Egydio P, et al. Glans necrosis following penile prosthesis insertion: Prevention and treatment suggestions. Urology 2017;107:144-148.
82. Crerand CE, Phillips KA, Menard W, et al. Nonpsychiatric medical treatment of body dysmorphic disorder. Psychosomatics 2005;46:549-555.