1  Amir M. Nassihi (SBN: 235936)
   anassihi@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street Suite 2300
3  San Francisco, California 94105
   Telephone:  (415) 544-1900
4  Facsimile:   (415) 391-0281

5  Michael L. Mallow (SBN: 188745)
   mmallow@shb.com
6  Mayela C. Montenegro-Urch (SBN: 304471)
   mmontenegro@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
8  Los Angeles, California 90067
   Telephone:  (424) 285-8330
9  Facsimile:   (424) 204-9093

10 Jennifer M. Stevenson (admitted *pro hac vice*)
   jstevenson@shb.com
11 SHOOK, HARDY & BACON L.L.P.
   2555 Grand Boulevard
12 Kansas City, Missouri 64108
   Telephone:  (816) 474-6550
13 Facsimile:   (816) 421-5547

14 Attorneys for Defendants
   INTERNATIONAL MEDICAL DEVICES, INC.,
15 MENOVA INTERNATIONAL, INC., GESIVA
   MEDICAL, LLC, JAMES J. ELIST, M.D., A
16 MEDICAL CORPORATION, and DR. JAMES ELIST

17

18              UNITED STATES DISTRICT COURT

19          CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

20

21 EDWARD PENA, individually and on     ) Case No. 2:22-cv-03391-SSS (PLAx)
   behalf of others similarly situated, )
22                                      ) Judge: Hon. Sunshine S. Sykes
              Plaintiff,                )
23                                      ) **DEFENDANTS' CORPORATE**
      v.                                ) **DISCLOSURE STATEMENT AND**
24                                      ) **NOTICE OF INTERESTED PARTIES**
   INTERNATIONAL MEDICAL                )
25 DEVICES, INC., MENOVA                ) Complaint Filed: May 25, 2022
   INTERNATIONAL INC., GESIVA           ) First Am. Compl. Filed: June 15, 2022
26 MEDICAL, LLC, JAMES J. ELIST         )
   M.D., a Medical Corporation, and Dr. )
27 James ELIST,                         )
                                        )
28            Defendants.               )

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendants International Medical Devices, Inc., Menova International, Inc., Gesiva Medical, LLC, James. J. Elist M.D., a Medical Corporation, and Dr. James Elist (collectively, "Defendants"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. International Medical Devices, Inc. (defendant)
2. Menova International, Inc. (defendant)
3. Gesiva Medical, LLC (defendant)
4. James J. Elist, M.D., a Medical Corporation (defendant)
5. Dr. James Elist, individual (defendant)

Defendants International Medical Devices, Inc., Menova International, Inc., and James J. Elist, M.D., a Medical Corporation, are California corporations.  No publicly held corporation owns 10% or more of their stock.

Defendant Gesiva Medical, LLC is a Minnesota limited liability corporation. No publicly held corporation owns 10% or more of its stock.

Dated:  August 1, 2022          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:  */s/ Amir M. Nassihi*
    Amir M. Nassihi
    Michael L. Mallow
    Jennifer M. Stevenson
    Mayela C. Montenegro-Urch

2

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF INTERESTED PARTIES
Case No: 2:22-cv-03391-SSS (PLAx)

| | |
|---|---|
| 1 | Attorneys for Defendants |
| 2 | INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, |
| 3 | INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M.D., a Medical Corporation, and |
| 4 | DR. JAMES ELIST |