UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDWARD PENA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M.D., a Medical Corporation, and Dr. James ELIST,<br><br>Defendants. | Case No. 2:22-cv-03391-SSS-PLAx<br><br>**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS EQUITABLE CLAIMS IN SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**(Doc # 54)** |

On February 3, 2023, the Parties filed a Stipulation to Modify Briefing Schedule and Hearing Date for Defendants' Motion to Dismiss Equitable Claims in Second Amended Class Action Complaint [Dkt. 53]. The Parties request a modification to the briefing schedule for Defendants' Motion to Dismiss filed on February 3, 2023.

The Court, having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

- Deadline to file opposition: February 24, 2023
- Deadline to file reply: March 10, 2023
- Hearing Date: April 14, 2023 at 2:00 p.m. via Zoom

IT IS SO ORDERED.

Dated: February 7, 2023

_____
SUNSHINE S. SYKES
United State District Judge

2

ORDER RE: STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS
Case No: 2:22-cv-03391-SSS (PLAx)