# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California. My business address is Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California 92614.  On the date shown below, I served the following documents:

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS EQUITABLE CLAIMS IN SECOND AMENDED CLASS ACTION COMPLAINT**

on the interested parties named herein and in the manner indicated below:

> Michael A. Caddell
> mac@caddellchapman.com
> Cynthia B. Chapman
> cbc@caddellchapman.com
> Amy E. Tabor
> aet@caddellchapman.com
> CADDELL & CHAPMAN
> P.O. Box 1311
> Monterey CA 93942
> Tel.: (713) 751-0400
> Fax: (713) 751-0906
> Attorneys for Plaintiffs

☐ **FIRST CLASS U.S. MAIL**: I am readily familiar with this business' practice for collecting and processing correspondence for mailing. Under that practice, correspondence is placed for collection and mailing in a sealed envelope with postage fully prepaid and deposited with the United States Postal Service on that same day in the ordinary course of business.

☒ **(ELECTRONIC FILING)** I provided the document(s) listed above electronically through the CM/ECF Electronic Filing system pursuant to the instructions set forth in the Local Rules for the United States District Court, Central District of California.

**(E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 10, 2023, at Irvine, California.

By: */s/ Mayela C. Montenegro-Urch*
Mayela C. Montenegro-Urch