Mayela C. Montenegro-Urch
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 475-1500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDWARD PEÑA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-03391-SSS-PLAx |
| v. | |
| INTERNATIONAL MEDICAL DEVICES, INC., et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Montgomery, Evan D.
*Applicant's Name (Last Name, First Name & Middle Initial*

(816) 474-6550          (816) 421-5547
*Telephone Number*      *Fax Number*

emontgomery@shb.com
*E-Mail Address*

of   SHOOK, HARDY & BACON L.L.P.
     2555 Grand Blvd.
     Kansas City, MO 64108
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

International Medical Devices, Inc., Menova International, Inc., Gesiva Medical, LLC, James J. Elist, M.D., a Medical Corporation, and Dr. James Elist

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Montenegro-Urch, Mayela C.
*Designee's Name (Last Name, First Name & Middle Initial*

304471              (949) 475-1500       (949) 475-0016
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mmontenegro@shb.com
*E-Mail Address*

of   SHOOK, HARDY & BACON L.L.P.
     5 Park Plaza, Suite 1600
     Irvine, CA 92614
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**