1  Amir M. Nassihi (SBN: 235936)
   anassihi@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street Suite 2300
3  San Francisco, California 94105
   Telephone:   (415) 544-1900
4  Facsimile:   (415) 391-0281

5  *[Additional Counsel on Signature Page]*

6  Attorneys for Defendants
   INTERNATIONAL MEDICAL DEVICES, INC.,
7  MENOVA INTERNATIONAL, INC., GESIVA
   MEDICAL, LLC, JAMES J. ELIST, M.D., A
8  MEDICAL CORPORATION, and DR. JAMES ELIST

9  Michael A. Caddell (SBN: 249469)
   mac@caddellchapman.com
10 Cynthia B. Chapman (SBN: 164471)
   cbc@caddellchapman.com
11 Amy E. Tabor (SBN: 297660)
   aet@caddellchapman.com
12 CADDELL & CHAPMAN
   P.O. Box 1311
13 Monterey, California 93942
   Telephone:  (713) 751-0400
14 Facsimile:   (713) 751-0906

15 Attorneys for Plaintiff

16                     UNITED STATES DISTRICT COURT

17          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

18

19 EDWARD PEÑA, individually and on
   behalf of others similarly situated,
20
          Plaintiff,
21
       v.
22
   INTERNATIONAL MEDICAL
23 DEVICES, INC., MENOVA
   INTERNATIONAL, INC., GESIVA
24 MEDICAL, LLC, JAMES J. ELIST M.
   D., a Medical Corporation, and Dr. James
25 ELIST
26          Defendants.
27

28

Case No. 2:22-cv-03391-SSS (PLAx)

Judge: Hon. Sunshine S. Sykes

**STIPULATION REGARDING
DEADLINE FOR PLAINTIFF TO
FILE THIRD AMENDED
COMPLAINT AND BRIEFING
SCHEDULE ON DEFENDANTS'
RESPONSIVE PLEADING**

[Filed concurrently with [Proposed]
Order]

Complaint Filed: May 25, 2022
First Am. Compl. Filed: June 15, 2022
Second Am. Compl. Filed: Jan. 20, 2023

STIPULATION RE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADING
Case No: 2:22-cv-03391-SSS (PLAx)

4882-8757-6177 v1

1     The parties jointly file this Stipulation to allow Plaintiff to file his Third
2    Amended Complaint and set a briefing schedule for Defendants' anticipated Motion to
3    Dismiss the Third Amended Complaint.

4     WHEREAS, Plaintiff wishes to file his Third Amended Complaint adding
5    another proposed Class Representative and making certain other amendments to his
6    allegations;

7     WHEREAS, Defendants consent to the filing of the Third Amended Complaint;

8     WHEREAS, Defendants intend to file a motion to compel arbitration and/or a
9    motion to dismiss the Third Amended Complaint, and the parties wish to set a briefing
10    schedule for the motions;

11     IT IS HEREBY STIPULATED by and between the parties to this action
12    through their designated counsel that:

13     1.  Plaintiff shall file his Third Amended Complaint on July 19, 2023.

14     2.  Defendants shall file any motion to compel arbitration and/or motion to
15    dismiss and/or response to the Third Amended Complaint on or before August 14,
16    2023.

17     3.  Plaintiff shall respond to any opposition by September 5, 2023.

18     4.  Defendants shall file any reply in support of their motion to compel
19    arbitration and/or motion to dismiss by September 19.

20  IT IS SO STIPULATED.

21

22  Dated:  July 17, 2023         Respectfully submitted,

23                CADDELL & CHAPMAN

24                By:   */s/ Amy E. Tabor*
25                    Michael A. Caddell
                      Cynthia B. Chapman
26                    Amy E. Tabor

27

28                     1

STIPULATION RE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADING
Case No: 2:22-cv-03391-SSS (PLAx)

1   Dated:  July 17, 2023                          SHOOK, HARDY & BACON L.L.P.

2                                                  By:   /s/ *Amir M. Nassihi*

3                                                        Amir M. Nassihi
                                                         Michael L. Mallow
4                                                        Jennifer M. Stevenson
                                                         Mayela C. Montenegro-Urch
5

6                                                  Michael L. Mallow (SBN: 188745)
                                                   mmallow@shb.com
7                                                  Mayela C. Montenegro-Urch (SBN:
                                                   304471)
8                                                  mmontenegro@shb.com
                                                   SHOOK, HARDY & BACON L.L.P.
9                                                  2049 Century Park East, Suite 3000
                                                   Los Angeles, California 90067
10                                                 Telephone:  (424) 285-8330
                                                   Facsimile:   (424) 204-9093
11

12                                                 Jennifer M. Stevenson (admitted *pro hac
                                                   vice*)
13                                                 jstevenson@shb.com
                                                   SHOOK, HARDY & BACON L.L.P.
14                                                 2555 Grand Boulevard
                                                   Kansas City, Missouri 64108
15                                                 Telephone:   (816) 474-6550
                                                   Facsimile:   (816) 421-5547
16

17                                                 Attorneys for Defendants
                                                   INTERNATIONAL MEDICAL DEVICES,
18                                                 INC., MENOVA INTERNATIONAL,
                                                   INC., GESIVA MEDICAL, LLC, JAMES
19                                                 J. ELIST M.D., a Medical Corporation, and
                                                   DR. JAMES ELIST
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, AMIR NASSIHI, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Dated:  July 17, 2023                     __*/s/ Amir M. Nassihi*_____

Amir M. Nassihi