1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and Dr. James ELIST<br><br>Defendants. | Case No. 2:22-cv-03391-SSS (PLAx)<br><br>Judge: Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADING** |

Having considered the Parties' Stipulation and finding good cause hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff shall file his Third Amended Complaint on July 19, 2023.

2. Defendants shall file any motion to compel arbitration and/or motion to dismiss and/or response to the Third Amended Complaint on or before August 14, 2023.

3. Plaintiff shall respond to any opposition by September 5, 2023.

4. Defendants shall file any reply in support of their motion to compel arbitration and/or motion to dismiss by September 19, 2023.

IT IS SO ORDERED.

Dated: _____

HONORABLE SUNSHINE S. SYKES