1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and Dr. James ELIST<br><br>Defendants. | Case No. 2:22-cv-03391-SSS (PLAx)<br><br>Judge: Hon. Sunshine S. Sykes<br><br>**ORDER GRANTING STIPULATION REGARDING DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADING**<br><br>**NOTE CHANGES MADE BY COURT** |

| | |
|---|---|
| 1 | Having considered the Parties' Stipulation and finding good cause hereby |
| 2 | GRANTS the Stipulation and ORDERS as follows: |
| 3 | 1. Plaintiff shall file his Third Amended Complaint on July 19, 2023. |
| 4 | 2. Plaintiff is also DIRECTED to file contemporaneously therewith a Notice |
| 5 | of Lodging to the Amended Complaint that provides the Court with a redline version |
| 6 | that shows the amendments. |
| 7 | 3. Defendants shall file any motion to compel arbitration and/or motion to |
| 8 | dismiss and/or response to the Third Amended Complaint on or before August 14, |
| 9 | 2023. |
| 10 | 4. Plaintiff shall file any opposition by September 5, 2023. |
| 11 | 5. Defendants shall file any reply in support of their motion to compel |
| 12 | arbitration and/or motion to dismiss by September 19, 2023. |
| 13 | IT IS SO ORDERED. |
| 15 | Dated: July 18, 2023 |

HONORABLE SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

1