Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST, M.D. a Medical Corporation, and Dr. James ELIST,<br><br>*Defendants* | Case No. 2:22-cv-03391-SSS-PLA(x)<br><br>**NOTICE OF LODGING**<br><br>Ctrm:   2<br>Judge:  Hon. Sunshine S. Sykes |

CASE NO. 2:22-cv-03391-SSS

NOTICE OF LODGING

Plaintiffs Edward Peña and Brandon Miller file this Notice of Lodging of a redlined comparison of their Third Amended Complaint, filed contemporaneously herewith, to Edward Peña's Second Amended Complaint, (Dkt. 51). (*See* Redlined Comparison, attached as Ex. 1.) Pursuant to the Court's Civil Standing Order, Plaintiffs will also provide a copy of the redlined pleading to Chambers by email.

Dated: July 19, 2023                                  Respectfully submitted,

By: */s/ Michael A. Caddell*
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, CA 93942
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Amy E. Tabor hereby certify that on July 19, 2023 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

                                                */s/Amy E. Tabor*
                                                 Amy E. Tabor