# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PENA, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22−cv−03391 SSS(PLAx)<br><br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon. __Rozella A. Oliver__, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: __2:22−cv−03391 SSS(RAOx)__. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 July 28, 2023 
Date

By: __/s/ *Robert Nadres*__
Deputy Clerk