Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone:  (415) 544-1900
Facsimile:   (415) 391-0281

Michael L. Mallow (SBN: 188745)
mmallow@shb.com
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  (424) 285-8330
Facsimile:   (424) 204-9093

Jennifer M. Stevenson (admitted *pro hac vice*)
jstevenson@shb.com
Evan D. Montgomery (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorneys for Defendants
INTERNATIONAL MEDICAL DEVICES, INC.,
MENOVA INTERNATIONAL, INC., GESIVA
MEDICAL, LLC, JAMES J. ELIST, M.D., A
MEDICAL CORPORATION, and DR. JAMES ELIST

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and Dr. James ELIST<br><br>            Defendants. | Case No. 2:22-cv-03391-SSS (RAOx)<br><br>Judge: Hon. Sunshine S. Sykes<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Francisco, State of California. My business address is 555 Mission Street, Suite 2300, San Francisco, California 94105. On the date shown below, I served the following documents:

- **DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT**

on the interested parties named herein and in the manner indicated below:

| Parties Represented | Attorneys |
|---|---|
| Plaintiffs<br>**EDWARD PEÑA AND BRANDON MILLER** | **CADDELL & CHAPMAN**<br>MICHAEL A. CADDELL (SBN 249469)<br>CYNTHIA B. CHAPMAN (SBN 164471)<br>AMY E. TABOR (SBN 297660)<br>P.O. Box 1311, Monterey, CA 93942<br>Tel: (713) 751-0400 \| Fax: (713) 751-0906<br><br>E-mail: mac@caddellchapman.com<br><br>E-mail: cbc@caddellchapman.com<br><br>E-mail: aet@caddellchapman.com |

☐ **FIRST CLASS U.S. MAIL:** I am readily familiar with this business' practice for collecting and processing correspondence for mailing. Under that practice, correspondence is placed for collection and mailing in a sealed envelope with postage fully prepaid and deposited with the United States Postal Service on that same day in the ordinary course of business.

☒ **ELECTRONIC FILING:** I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Central District of California.

☐ **E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the

transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 14, 2023, at San Francisco, California.

By: */s/ Amir Nassihi*