Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone:  (415) 544-1900
Facsimile:   (415) 391-0281

Michael L. Mallow (SBN: 188745)
mmallow@shb.com
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  (424) 285-8330
Facsimile:   (424) 204-9093

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M.D., a Medical Corporation, and Dr. James ELIST<br><br>  Defendants. | Case No. 2:22-cv-03391-SSS (RAOx)<br><br>Judge: Hon. Sunshine S. Sykes<br><br>**DECLARATION OF AMIR M. NASSIHI IN SUPPORT OF REPLY TO MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>[Filed concurrently with Reply Memorandum of Points and Authorities] |

I, Amir M. Nassihi declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and a partner at the law firm of Shook, Hardy & Bacon, L.L.P., counsel for Defendants International Medical Devices, Inc., Menova International, Inc., Gesiva Medical, LLC, James J. Elist M.D., a Medical Corporation, and Dr. James Elist (collectively, "Defendants"). Unless stated otherwise, the statements in this declaration are made on the basis of my own personal knowledge and I could and would competently testify thereto if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant International Medical Devices, Inc.'s October 10, 2022 Responses to Plaintiff's Requests for Production. Defendant responded to each Request, and to each of Plaintiff's concurrently served Interrogatories and Requests for Admission with the same objection; namely, the requests were served prior to the parties' Rule 26(f) conference and were therefore untimely.

3. Defendants Menova International, Inc., Gesiva Medical, LLC, James J. Elist, M.D., a Medical Corporation, and Dr. James Elist, all responded consistently with International Medical Devices, Inc.'s responses as described above, to each of Plaintiff's Requests for Production, Interrogatories, and Requests for Admission served upon them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of September, 2023, in San Francisco, California.

/s/ *Amir M. Nassihi*
Amir M. Nassihi