# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-03391-SSS-PLAx | Date | July 20, 2023 |
|---|---|---|---|
| Title | *Edward Peña v. Int'l Medical Devices, Inc., et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:     (IN CHAMBERS) SCHEDULING ORDER REGARDING THE PARTIES' JOINT 26(f) REPORT [DKT. 67] AND CLASS CERTIFICATION MOTION AND HEARING DEADLINES**

The Court has reviewed the Parties' Joint Rule 26(f) Report.  [Dkt. 67].  The Parties' Joint Rule 26(f) Report indicates Plaintiff's intent to file a motion for class certification.  [*Id.* at 13].  Because this Court stays all merits discovery pending the determination of that motion, [Dkt. 41 at 16], the Court reserves judgment on the Parties' proposed schedule, [Dkt. 67], pending the Court's decision regarding Plaintiff's motion for class certification.

The Court sets the deadlines below for Plaintiff's motion for class certification and will set a case management conference regarding the remaining deadlines after the Court decides Plaintiff's motion for class certification.

//
//
//

| Event | Deadline |
|---|---|
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | September 1, 2023 |
| Deadline for Plaintiff to File Motion for Class Certification and Any Class Certification Expert Report | January 17, 2024 |
| Deadline for Defendant to File Opposition to Class Certification and Any Class Certification Expert Report | January 31, 2024 |
| Deadline for Plaintiff to File Reply in Support of Motion for Class Certification and Any Class Certification Rebuttal Expert Report | February 7, 2024 |
| Class Certification Hearing | March 8, 2024, at 2:00 p.m. |

Pursuant to the Court's Standing Order, all merits discovery is stayed. [Dkt. 41 at 16]. The Court further **DIRECTS** the parties to engage in a phased discovery plan. Phase 1 shall consist of pre-certification discovery to determine the scope and size of the putative class, as well as whether Plaintiff is able to meet the prerequisites of Federal Rule of Civil Procedure 23. Phase 2 shall consist of merits discovery.

**IT IS SO ORDERED.**