1  Amir M. Nassihi (SBN: 235936)
   anassihi@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street Suite 2300
3  San Francisco, California 94105
   Telephone:  (415) 544-1900
4  Facsimile:   (415) 391-0281

5  *[Additional Counsel on Signature Page]*

6  Attorneys for Defendants
   INTERNATIONAL MEDICAL DEVICES, INC.,
7  MENOVA INTERNATIONAL, INC., GESIVA
   MEDICAL, LLC, JAMES J. ELIST, M.D., A
8  MEDICAL CORPORATION, and DR. JAMES ELIST

9  Michael A. Caddell (SBN: 249469)
   mac@caddellchapman.com
10 Cynthia B. Chapman (SBN: 164471)
   cbc@caddellchapman.com
11 Amy E. Tabor (SBN: 297660)
   aet@caddellchapman.com
12 CADDELL & CHAPMAN
   P.O. Box 1311
13 Monterey, California 93942
   Telephone:  (713) 751-0400
14 Facsimile:   (713) 751-0906

15 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and Dr. James ELIST<br><br>Defendants. | Case No. 2:22-cv-03391-SSS (RAOx)<br><br>Mag. Judge: Hon. Rozella A. Oliver<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL**<br><br>[Filed concurrently with [Proposed] Order] |

Plaintiff Edward Peña and Defendants International Medical Devices, Inc., Menova International, Inc., Gesiva Medical, LLC, James J. Elist M.D., a medical corporation, and Dr. James Elist (collectively, the "Parties"), by and through their respective counsel of record, submit the following stipulation.

On October 4, 2023, Plaintiff filed a Notice of Motion and Motion to Compel noticing a hearing date of October 25, 2023, in connection with the Joint Stipulation Re: Discovery Dispute. *See* ECF Nos. 83, 84.

Defendants conferred with Plaintiff about rescheduling the October 25th hearing date for one week later. Good cause exists for the request given that, on October 25th, Defendants' counsel will be traveling for a pre-booked firm retreat, and a brief continuance of the hearing date will allow Defendants' counsel to appear at oral argument. Plaintiff's counsel agreed to the brief continuance of the hearing date.

Therefore, the Parties request the hearing date for the pending motion be continued from October 25, 2023, to November 1, 2023.

IT IS SO STIPULATED.

Dated: October 9, 2023       Respectfully submitted,

CADDELL & CHAPMAN

By:   /s/ *Amy E. Tabor*
    Michael A. Caddell
    Cynthia B. Chapman
    Amy E. Tabor

Dated: October 9, 2023       SHOOK, HARDY & BACON L.L.P.

By:   /s/ *Amir M. Nassihi*
    Amir M. Nassihi
    Michael L. Mallow
    Jennifer M. Stevenson
    Mayela C. Montenegro-Urch

Michael L. Mallow (SBN: 188745)
mmallow@shb.com
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  (424) 285-8330
Facsimile:   (424) 204-9093

Jennifer M. Stevenson (admitted *pro hac vice*)
jstevenson@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  (816) 474-6550
Facsimile:   (816) 421-5547

Attorneys for Defendants
INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M.D., a Medical Corporation, and DR. JAMES ELIST

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Mayela C. Montenegro-Urch, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Dated:  October 9, 2023          __/s/ *Mayela C. Montenegro-Urch*
                                                    Mayela C. Montenegro-Urch

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California. My business address is Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California 92614. On the date shown below, I served the following documents:

**STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL**

on the interested parties named herein and in the manner indicated below:

> Michael A. Caddell
> mac@caddellchapman.com
> Cynthia B. Chapman
> cbc@caddellchapman.com
> Amy E. Tabor
> aet@caddellchapman.com
> CADDELL & CHAPMAN
> P.O. Box 1311
> Monterey CA 93942
> Tel.: (713) 751-0400
> Fax: (713) 751-0906
> Attorneys for Plaintiffs

☐ **FIRST CLASS U.S. MAIL**: I am readily familiar with this business' practice for collecting and processing correspondence for mailing. Under that practice, correspondence is placed for collection and mailing in a sealed envelope with postage fully prepaid and deposited with the United States Postal Service on that same day in the ordinary course of business.

☒ **(ELECTRONIC FILING)** I provided the document(s) listed above electronically through the CM/ECF Electronic Filing system pursuant to the instructions set forth in the Local Rules for the United States District Court, Central District of California.

☐ **(E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 9, 2023, at Irvine, California.

By: */s/ Mayela C. Montenegro-Urch*
Mayela C. Montenegro-Urch