UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDWARD PENA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M.D., a Medical Corporation, and Dr. James ELIST,<br><br>Defendants. | Case No. 2:22-cv-03391-SSS (RAOx)<br><br>Mag. Judge: Hon. Rosella A. Oliver<br><br>**DISCOVERY MATTER**<br><br>**(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL** |

On October 4, 2023, Plaintiff filed a Notice of Motion and Motion to Compel noticing a hearing date of October 25, 2023, in connection with the Joint Stipulation Re: Discovery Dispute.  *See* ECF Nos. 83, 84.  On October 9, 2023, the Parties filed a Stipulation to Continue Hearing Date of Plaintiff's Motion to Compel, seeking to continue the October 25, 2023 hearing date to November 1, 2023.

1

(PROPOSED) ORDER GRANTING STIPULATION TO
CONTINUE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL
Case No: 2:22-cv-03391-SSS (RAOx)

1  The Court, having considered the Parties' Stipulation and finding good cause,
2  hereby GRANTS the Stipulation and ORDERS as follows:
3  Plaintiff's Motion to Compel hearing date shall be continued to November 1,
4  2023, at 10:00 a.m. in Courtroom 590.
5
6  IT IS SO ORDERED.
7
8  Dated: _____
9  ROZELLA A. OLIVER
   United State Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

(PROPOSED) ORDER GRANTING STIPULATION TO
CONTINUE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL
Case No: 2:22-cv-03391-SSS (RAOx)

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California. My business address is Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California 92614. On the date shown below, I served the following documents:

**(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL**

on the interested parties named herein and in the manner indicated below:

> Michael A. Caddell
> mac@caddellchapman.com
> Cynthia B. Chapman
> cbc@caddellchapman.com
> Amy E. Tabor
> aet@caddellchapman.com
> CADDELL & CHAPMAN
> P.O. Box 1311
> Monterey CA 93942
> Tel.: (713) 751-0400
> Fax: (713) 751-0906
> Attorneys for Plaintiffs

☐ **FIRST CLASS U.S. MAIL**: I am readily familiar with this business' practice for collecting and processing correspondence for mailing. Under that practice, correspondence is placed for collection and mailing in a sealed envelope with postage fully prepaid and deposited with the United States Postal Service on that same day in the ordinary course of business.

☒ **(ELECTRONIC FILING)** I provided the document(s) listed above electronically through the CM/ECF Electronic Filing system pursuant to the instructions set forth in the Local Rules for the United States District Court, Central District of California.

☐ **(E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 9, 2023, at Irvine, California.

By: */s/ Mayela C. Montenegro-Urch*
Mayela C. Montenegro-Urch