# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PENA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22−cv−03391−SSS−RAO<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   10/9/2023

Document No.:   85

Title of Document:   JOINT STIPULATION to MOTION to Compel Responses to First Set of Written Discovery

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events/Other Filings/Stipulations/Continue

Docket entry title does not match title of attached document

Other:

Do not re−file

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 10, 2023

By: /s/ *Donnamarie Luengo*
 *Donnamarie_Luengo@cacd.uscourts.gov*
 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS