Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, *individually and on behalf of persons similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST, M.D., A MEDICAL CORPORATION, AND DR. JAMES ELIST,<br><br>Defendants | Case No. 2:22-cv-03391-SS (RAOx)<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING DEADLINES** |

The parties jointly file this Stipulation to continue the deadlines previously set for class certification briefing in this action as follows:

WHEREAS, On May 11, 2023, following the parties' Rule 26(f) conference, Defendants served their written responses and objections to Plaintiff's First Set of

written discovery, in which they agreed to produce certain categories of documents, subject to Plaintiff's agreement that that any document production would not constitute waiver of Defendants' right to file a motion to compel arbitration;

WHEREAS, On May 26, 2023, Defendants produced documents Bates numbered PENU_0000001–0000279, stating that they would make a further production of confidential documents following the entry of a protective order and subject to the parties' agreement as to waiver of Defendants' right to file a motion to compel arbitration;

WHEREAS, On July 7, 2023, the parties filed a Joint Rule 26 Report, proposing deadlines for completion of discovery and in which Defendants indicated they were evaluating a potential motion to compel arbitration;

WHEREAS, On July 19, 2023, Plaintiffs filed a Third Amended Complaint, adding new named Plaintiff Brandon Miller (Dkt. 71) and additional allegations;

WHEREAS, On July 20, 2023, the Court issued a Scheduling Order, which included a deadline for Plaintiffs to file their Motion for Class Certification and any Class Certification Expert Report on January 17, 2024, (Dkt. 73);

WHEREAS, the Court entered a Stipulated Protective Order on August 4, 2023, (Dkt. 76);

WHEREAS, on August 7, 2023, Defendants filed a Motion to Compel Arbitration and Stay Proceedings (Dkt. 77);

WHEREAS, Defendants have paused additional document productions until their Motion to Compel Arbitration and Stay Proceedings is resolved;

WHEREAS, Defendants presently intend to appeal any denial of their Motion to Compel Arbitration to the Ninth Circuit Court of Appeals, which will result in an automatic stay of discovery pursuant to the Supreme Court's recent decision in *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023);

WHEREAS, on October 4, 2023, following the parties' meet and confer regarding Defendants' written responses and objections, which resolved certain disputes regarding these objections, Plaintiffs filed a Motion to Compel asking the Magistrate Judge to compel Defendants to produce documents in accordance with their written responses and agreements reached in the parties' meet and confer discussions, a privilege log, and certain categories of documents within 30 days;

WHEREAS, on November 27, 2023, the Magistrate Judge denied Plaintiffs' Motion to Compel and declined to address the stay issue because Defendants' Motion to Stay remains pending before the district judge, (Dkt. 91);

WHEREAS, despite the parties' diligence, additional time will be required following resolution of the Motion to Compel Arbitration and to Stay for the completion of discovery on class certification and for Plaintiffs' expert to prepare his report;

WHEREAS, the parties agree that an additional 120 days will allow sufficient time to complete these tasks:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

1. Plaintiffs shall file their Motion for Class Certification and any Class Certification Expert Report 120 days after the resolution of Defendants' Motion to Compel Arbitration and to Stay and any related appeals;

2. Defendants shall file any opposition to Class Certification and any Class Certification Expert Report 42 days after Plaintiffs' Motion for Class Certification.

3. Plaintiffs shall file any Reply in Support of Class Certification and any Class Certification Rebuttal Expert Report 28 days after Defendants' Opposition.

4. The Court shall set a Class Certification hearing date at a convenient date at least 28 days after Plaintiffs' Reply.

Dated: December 15, 2023         Respectfully submitted,

By: /s/ *Michael A. Caddell*
Michael A. Caddell
mac@caddellchapman.com
Cynthia B. Chapman
cbc@caddellchapman.com
Amy E. Tabor
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston, TX 77007-1722
Telephone: (713) 751-0400
Facsimile: (713) 751-0906


By: /s/ *Amir M. Nassihi*
Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone:  (415) 544-1900
Facsimile:   (415) 391-0281

Michael L. Mallow (SBN: 188745)
mmallow@shb.com
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  (424) 285-8330
Facsimile:   (424) 204-9093

Jennifer M. Stevenson (admitted *pro hac vice*)
jstevenson@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  (816) 474-6550
Facsimile:   (816) 421-5547

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Amy E. Tabor, hereby certify that on December 15, 2023 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

/s/Amy E. Tabor