# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

EDWARD PEÑA and BRANDON MILLER, *individually and on behalf of persons similarly situated,*

          *Plaintiff,*

    *v.*

INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST, M.D., A MEDICAL CORPORATION, AND DR. JAMES ELIST,

        *Defendants*

Case No. 2:22-cv-03391-SS (RAOx)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing, IT IS SO ORDERED that the deadlines applicable to Plaintiffs' anticipated Motion for Class Certification are continued as follows:

| Event | Deadline |
|---|---|
| Motion for Class Certification and any Class Certification Expert Report | 120 days after the resolution of Defendants' Motion to Compel Arbitration and to Stay and any related appeals |
| Defendants' Opposition to Class Certification and any Class Certification Expert Report | 42 days after Plaintiffs' Motion for Class Certification |
| Reply in Support of Class Certification and any Class | 28 days after Defendants' Opposition |

| Certification Rebuttal Expert Report | |
|---|---|

It is further ORDERED that the March 8, 2024 Class Certification hearing is taken off calendar.

Dated:_____

_____
Hon. Sunshine S. Sykes
United States District Judge