# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-03391-SSS-RAOx

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/19/2022

Date of judgment or order you are appealing: 04/16/2024

Docket entry number of judgment or order you are appealing: 94

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

International Medical Devices, Inc.; Menova International, Inc.; Gesiva Medical, LLC; James J. Elist, M.D., a Medical Corporation; Dr. James Elist

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Amir M. Nassihi     **Date** 05/13/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

International Medical Devices, Inc.; Menova International, Inc.; Gesiva Medical, LLC; James J. Elist, M.D., a Medical Corporation; Dr. James Elist

Name(s) of counsel (if any):

Amir M. Nassihi, Michael L. Mallow, Jennifer M. Stevenson, SHOOK, HARDY & BACON L.L.P.

Address: 555 Mission Street, Suite 2300, San Francisco, CA 94105

Telephone number(s): 415-544-1900

Email(s): anassihi@shb.com, mmallow@shb.com, jstevenson@shb.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Plaintiffs Edward Peña, Brandon Miller

Name(s) of counsel (if any):

Michael A. Caddell, Cynthia B. Chapman, Amy E. Tabor
CADDELL & CHAPMAN

Address: P.O. Box 1311, Monterey, CA 93942

Telephone number(s): 713-751-0400

Email(s): mac@caddellchapman.com, cbc@caddellchapman.com (over)

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                           1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

International Medical Devices, Inc.; Menova International, Inc.; Gesiva Medical, LLC; James J. Elist, M.D., a Medical Corporation; Dr. James Elist

Name(s) of counsel (if any):

Bruce Adelstein
Law Office of Bruce Adelstein

Address: 16311 Ventura Blvd., Suite 1200, Encino, CA 91436

Telephone number(s): (818) 788-0866

Email(s): adelstein@appellatelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s): aet@caddellchapman.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                              *New 12/01/2018*