UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EDWARD PENA and BRANDON
MILLER, individually and on behalf of
others similarly situated,

        Plaintiffs - Appellees,

  v.

INTERNATIONAL MEDICAL DEVICES,
INC., et al.;

        Defendants - Appellants.

No. 24-3061

D.C. No.
2:22-cv-03391-SSS-RAO
Central District of California,
Los Angeles

ORDER

A dial-in telephone conference will be held on December 19, 2024, at

3:00 PM Pacific Time. Each participant will receive an email with dial-in

information.

The Clerk is directed to temporarily close this court's docket for

administrative purposes until December 31, 2024. This administrative closure is

not a decision on the merits and no mandate will issue in connection with this

order.

At any time, any party may request that this appeal be reopened.

The briefing schedule previously set by the court is vacated.

                    FOR THE COURT:

                    By: Steven J. Saltiel
                    Circuit Mediator