UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

December 6, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

| | |
|---|---|
| In the Matter of the Creation of the Calendar | ) ) ORDER OF THE CHIEF JUDGE |
| of | ) **24-198** ) |
| Judge ANNE HWANG | ) ) ) ) |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Anne Hwang,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Sunshine Suzanne Sykes to the calendar of Judge Anne Hwang:

| | |
|---|---|
| 2:21-cv-03902-SSS-AGR | Raylonzo Lee Roberts v. B. Cates |
| 2:22-cv-02152-SSS-PVCx | Mark DiSalle v. Alberto Lensi et al |
| 2:22-cv-03391-SSS-RAOx | Edward Pena v. International Medical Devices, Inc. et al |
| 5:22-cv-02133-SSS-DTBx | Christopher Urquijo et al v. State of California et al |
| 5:23-cv-02390-SSS-SHKx | Kenneth Michael Ciccarelli v. County of Riverside et al |
| 5:23-cv-02487-SSS-SHKx | Timothy Steven Whitcomb et al v. Ford Motor Company et al |
| 5:23-cv-02608-SSS-SPx | Brighthouse Life Insurance Company v. Bernd Lauber et al |
| 5:24-cv-01185-SSS-DTBx | Bryan De Wit v. Amazon.com Services, LLC et al |
| 5:24-cv-01475-SSS-SHKx | Dongguan Guankun Trading Co., Ltd. et al v. B.C.L. Enterprises Inc. et al |
| 5:24-cv-01938-SSS-SHKx | Juan Bahena v. Pangborn LLC et al |
| 5:24-cv-01961-SSS-SHKx | Huanyuan Zhou v. Merrick B. Garland et al |

In the Matter of the
Creation of Calendar for
District Judge Anne Hwang                                                                                          2

| | |
|---|---|
| 5:24-cv-02522-SSS-SPx | Rosalyn Weaver v. Upbound Group, Inc. et al |
| 8:24-cv-02594-SSS-KES | John Patrick Simmons v. Martin J. O Malley |

On all documents subsequently filed in the case, please substitute the Judge initials "AH" after the case number in place of the initials of the prior Judge.

DATED: December 6, 2024

_____
Chief Judge Dolly M. Gee