Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone:   (415) 544-1900
Facsimile:    (415) 391-0281

*[Additional Counsel on Signature Page]*

Attorneys for Defendants
INTERNATIONAL MEDICAL DEVICES, INC.,
MENOVA INTERNATIONAL, INC., GESIVA
MEDICAL, LLC, JAMES J. ELIST, M.D., A
MEDICAL CORPORATION, and DR. JAMES ELIST

Michael A. Caddell (SBN: 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN: 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN: 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
P.O. Box 1311
Monterey, California 93942
Telephone:  (713) 751-0400
Facsimile:   (713) 751-0906

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and DR. JAMES ELIST<br><br>　　　　　Defendants. | Case No. 2:22-cv-03391-AH-RAO<br><br>Judge: Hon. Anne Hwang<br><br>**JOINT NOTICE OF RESOLUTION**<br><br>Complaint Filed: May 25, 2022<br>First Am. Compl. Filed: June 15, 2022<br>Second Am. Compl. Filed: Jan. 20, 2023<br>Third Am. Compl. Filed: July 19, 2023 |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiffs Edward Peña and Brandon Miller and Defendants International Medical Devices, Inc., Gesiva Medical, LLC, James J. Elist, M.D., a Medical Corporation, and Dr. James Elist (together the "Parties") has been confidentially resolved in principle on an individual basis.

The Parties anticipate filing a Joint Stipulation to Dismiss Plaintiffs' individual claims against Defendants with prejudice within sixty (60) days.

The Parties respectfully request that the Court vacate all pending deadlines, hearings, and filing requirements, including but limited to the March 14, 2025 submission of a joint status report, and that the Court set a deadline on or after August 9, 2024, for the Parties to dismiss Plaintiffs' claims against Defendants.

Dated:  March 12, 2025          Respectfully submitted,

CADDELL & CHAPMAN

By:    /s/ Michael A. Caddell
     Michael A. Caddell
     Cynthia B. Chapman
     Amy E. Tabor

Attorney for Plaintiffs
EDWARD PEÑA and BRANDON MILLER

Dated:  March 12, 2025          SHOOK, HARDY & BACON L.L.P.

By:    /s/ Amir M. Nassihi
     Amir M. Nassihi
     Michael L. Mallow
     Jennifer M. Stevenson
     Mayela C. Montenegro-Urch

     Michael L. Mallow (SBN: 188745)
     mmallow@shb.com
     SHOOK, HARDY & BACON L.L.P.
     2121 Avenue of the Stars, Suite 1400
     Los Angeles, California 90067

1

1    Telephone:  (424) 285-8330
     Facsimile:   (424) 204-9093

2

3    Jennifer M. Stevenson (admitted *pro hac
     vice*)

4    jstevenson@shb.com
     SHOOK, HARDY & BACON L.L.P.

5    2555 Grand Boulevard
     Kansas City, Missouri 64108

6    Telephone:  (816) 474-6550
     Facsimile:   (816) 421-5547

7    Mayela C. Montenegro-Urch (SBN:
     304471)

8    mmontenegro@shb.com
     SHOOK, HARDY & BACON L.L.P.

9    5 Park Plaza, Suite 1600
     Irvine, CA 92614-2546

10   Telephone: (949) 475-1500
     Facsimile: (919) 475-0016

11

12   Attorneys for Defendants
     INTERNATIONAL MEDICAL DEVICES,

13   INC., MENOVA INTERNATIONAL,
     INC., GESIVA MEDICAL, LLC, JAMES

14   J. ELIST M.D., a Medical Corporation, and

15   DR. JAMES ELIST

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

                              JOINT NOTICE OF RESOLUTION
                              Case No: 2:22-cv-03391-AH-RAO

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, AMIR M. NASSIHI, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.


Dated:  March 12, 2025                    ___/s/ Amir M. Nassihi_____

                                          Amir M. Nassihi

JOINT NOTICE OF RESOLUTION
Case No: 2:22-cv-03391-AH-RAO