
| | |
|---|---|
| 1 | Amir M. Nassihi (SBN: 235936) |
| 2 | anassihi@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 3 | 555 Mission Street Suite 2300<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281 |
| 5 | *[Additional Counsel on Signature Page]* |
| 6 | Attorneys for Defendants |
| 7 | INTERNATIONAL MEDICAL DEVICES, INC.,<br>MENOVA INTERNATIONAL, INC., GESIVA |
| 8 | MEDICAL, LLC, JAMES J. ELIST, M.D., A<br>MEDICAL CORPORATION, and DR. JAMES ELIST |
| 9 | Michael A. Caddell (SBN: 249469) |
| 10 | mac@caddellchapman.com<br>Cynthia B. Chapman (SBN: 164471) |
| 11 | cbc@caddellchapman.com<br>Amy E. Tabor (SBN: 297660) |
| 12 | aet@caddellchapman.com<br>CADDELL & CHAPMAN |
| 13 | P.O. Box 1311<br>Monterey, California 93942 |
| 14 | Telephone: (713) 751-0400<br>Facsimile: (713) 751-0906 |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M. D., a Medical Corporation, and DR. JAMES ELIST<br><br>Defendants. | Case No. 2:22-cv-03391-AH-RAO<br><br>Judge: Hon. Anne Hwang<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: May 25, 2022<br>First Am. Compl. Filed: June 15, 2022<br>Second Am. Compl. Filed: Jan. 20, 2023<br>Third Am. Compl. Filed: July 19, 2023 |

Pursuant to the Court's February 6, 2025 Order, Plaintiffs Edward Peña and Brandon Miller and Defendants International Medical Devices, Inc., Gesiva Medical, LLC, James J. Elist, M.D., a Medical Corporation, and Dr. James Elist (together the "Parties") file this Joint Status Report.

The dispute between the Parties has been confidentially resolved in principle on an individual basis. The Parties anticipate filing a Joint Stipulation to Dismiss Plaintiffs' individual claims against Defendants with prejudice within sixty (60) days.

Dated: March 14, 2025

Respectfully submitted,

CADDELL & CHAPMAN

By: */s/ Michael A. Caddell*
    Michael A. Caddell
    Cynthia B. Chapman
    Amy E. Tabor

Attorney for Plaintiffs
EDWARD PEÑA and BRANDON MILLER

Dated: March 14, 2025

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir M. Nassihi*
    Amir M. Nassihi
    Michael L. Mallow
    Jennifer M. Stevenson
    Evan D. Montgomery
    Mayela C. Montenegro-Urch

Michael L. Mallow (SBN: 188745)
mmallow@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (424) 285-8330
Fax: (424) 204-9093

Jennifer M. Stevenson (admitted *pro hac vice*)
jstevenson@shb.com
Evan D. Montgomery (admitted *pro hac vice*)
emontgomery@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:   (816) 474-6550
Facsimile:   (816) 421-5547

Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Telephone: (949) 475-1500
Facsimile: (919) 475-0016

Attorneys for Defendants
INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST M.D., a Medical Corporation, and DR. JAMES ELIST

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, AMIR M. NASSIHI, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Dated: March 14, 2025        __/s/ Amir M. Nassihi_____
                                              Amir M. Nassihi

3