UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, individually and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST, M.D., a Medical Corporation, and Dr. James ELIST,<br><br>*Defendants*. | Case No. 2:22-cv-03391-AH-RAO |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Edward Peña and Brandon Miller (together the "Plaintiffs") and Defendants International Medical Devices, Inc., Menova International, Inc., Gesiva Medical, LLC, James J. Elist, M.D., a Medical Corporation, and Dr. James Elist, through their respective counsel, that all claims asserted in the Third Amended Class Action Complaint are hereby dismissed with prejudice as to the individual claims of Plaintiffs and without costs. The claims of the putative class members are dismissed without prejudice.

| | |
|---|---|
| EDWARD PEÑA and BRANDON MILLER, | INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., GESIVA MEDICAL, LLC, JAMES J. ELIST, M.D., a Medical Corporation, and Dr. James ELIST |
| By their attorneys, | By its attorneys, |
| CADDELL & CHAPMAN | SHOOK HARDY & BACON LLC |
| /s/ Michael A. Caddell | /s/ Jennifer M. Stevenson |
| Michael A. Caddell<br>628 East 9th Street<br>Houston, TX 77007<br>Phone: (713) 751-0400 | Amir M. Nassihi<br>Michael L. Mallow<br>Jennifer M. Stevenson<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Phone: (816) 474-6550 |

**SO ORDERED:**

Dated: _____

_____
The Honorable Judge Anne Hwang
U.S. District Court Judge